B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rainy Day Publications** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Biker Ally Magazine** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4361818** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1538 Pier Dr.**<br>**Davis, IL**<br>ZIP Code **61019** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnabago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                    Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Rainy Day Publications** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rainy Day Publications** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David H. Carter** _____
Signature of Attorney for Debtor(s)

**David H. Carter 6204782** _____
Printed Name of Attorney for Debtor(s)

**David H. Carter** _____
Firm Name

**One Court Place Suite 401**
**Rockford, IL 61101** _____

_____
Address

**815-966-6673  Fax: 815-966-6674** _____
Telephone Number

**November 18, 2008** _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Renate Nietzold** _____
Signature of Authorized Individual

**Renate Nietzold** _____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**November 18, 2008** _____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Rainy Day Publications**
_____,
                    Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | **Yes** | **1** | **0.00** | | |
| B - Personal Property | **Yes** | **3** | **826.00** | | |
| C - Property Claimed as Exempt | **No** | **0** | | | |
| D - Creditors Holding Secured Claims | **Yes** | **1** | | **0.00** | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | **Yes** | **1** | | **0.00** | |
| F - Creditors Holding Unsecured Nonpriority Claims | **Yes** | **145** | | **15,002.54** | |
| G - Executory Contracts and Unexpired Leases | **Yes** | **1** | | | |
| H - Codebtors | **Yes** | **1** | | | |
| I -  Current Income of Individual Debtor(s) | **No** | **0** | | | **N/A** |
| J -  Current Expenditures of Individual Debtor(s) | **No** | **0** | | | **N/A** |
| Total Number of Sheets of ALL Schedules | | **153** | | | |
| Total Assets | | | **826.00** | | |
| Total Liabilities | | | | **15,002.54** | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Rainy Day Publications**                                    Case No. _____
                                                    ,
                          Debtor                    Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Rainy Day Publications**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Rainy Day Publications**

_____,  Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account w/ Chase Bank | - | 200.00 |
| | | savings account w/ Chase Bank | - | 66.00 |
| | | checking account w/ TCF Bank | - | 60.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   326.00
(Total of this page)

___2___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Rainy Day Publications** ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __**Rainy Day Publications**_____,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **older computer, printer, scanner, camara & fax machine** | - | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---:|
| Sub-Total > (Total of this page) | 500.00 |
| Total > | 826.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Rainy Day Publications**                                                    Case No. _____

_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

In re   **Rainy Day Publications**                                                            ,   Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Rainy Day Publications**                                         Case No. _____
                                                                        ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Abigail DeLoache** **86 Enfield Center Rd. East** **Ithaca, NY 14850** | | - | | | | | | | 13.00 |
| Account No. | | | | | | | | | |
| **Aleta Klicko** **13 Wirth Court** **Madison, WI 53704** | | - | | | | | | | 29.25 |
| Account No. | | | | | | | | | |
| **Alexx LeVasseur** **1021 Wiley Bridge Rd.** **Woodstock, GA 30188** | | - | | | | | | | 6.50 |
| Account No. | | | | | | | | | |
| **Alice Meyer** **1505 Rancho Domingguez Rd** **Denton, TX 76210** | | - | | | | | | | 13.00 |

___**144**___ continuation sheets attached

Subtotal
(Total of this page)                                                                          61.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:31786-081009    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Alicia McCarty 166 Maple St. Logan, OH 43138 | - | | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Alicia Pennick 15 Short Lane Dr Etters, PA 17319 | - | | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Alicia Totty 7508 Dry Creek Trail Vacaville, CA 95688 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Alisa Sanders 5679 Redwood Ave Portage, IN 46368 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Allison Coon 3521 E. Dry Fork Rd Imperial, MO 63052 | - | | | | | | | 6.50 |

Sheet no. __1__ of _144_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** _____, Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Amanda Brown**<br>**13325 SW 110th Ave**<br>**Portland, OR 97223** | | - | | | | | | 13.00 |
| Account No.<br><br>**Amanda Hopkins**<br>**446 Littleton Trail**<br>**Elgin, IL 60120** | | - | | | | | | 13.00 |
| Account No.<br><br>**Amy West**<br>**4785 Shawnee Terr**<br>**Wellsville, KS 66092** | | - | | | | | | 52.00 |
| Account No.<br><br>**Andrea Bowen**<br>**155 Banks Hollar**<br>**Bradford, AR 72020** | | - | | | | | | 13.00 |
| Account No.<br><br>**Angela Graves**<br>**126 Enden Ave**<br>**Shelbyville, TN 37160** | | - | | | | | | 6.50 |

Sheet no. __2__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **97.50**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                        ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Anita Broughton** <br>**1141 Arden Drive** <br>**Encinitas, CA 92024** | - | | | | | | **19.50** |
| Account No. <br><br>**Ann House** <br>**Box 411** <br>**Johnson City, TX 78636** | - | | | | | | **3.25** |
| Account No. <br><br>**Anna Anton** <br>**212 Country Club Lane** <br>**Altoona, WI 54720** | - | | | | | | **9.75** |
| Account No. <br><br>**Anne Holohan** <br>**170 Lockland Ave** <br>**Framingham, MA 01701** | - | | | | | | **6.50** |
| Account No. <br><br>**Anne Roussel** <br>**3604 Fawn Court** <br>**Suffolk, VA 23435** | - | | | | | | **6.50** |

Sheet no. __3__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **45.50**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** _____,    Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Anne Solari 2444 Dundee Dr Ann Arbor, MI 48103 | | | | | | | | 3.25 |
| Account No. | | - | | | | | | |
| Anne White 1709 Walking Sky Rd Edmond, OK 73013 | | | | | | | | 3.25 |
| Account No. | | - | | | | | | |
| Annette Bader 2308 W. Dale St Colorado Springs, CO 80904 | | | | | | | | 6.50 |
| Account No. | | - | | | | | | |
| Annette Morrow 200 Greene 608 Road Beech Grove, AR 72412 | | | | | | | | 6.50 |
| Account No. | | - | | | | | | |
| Ardyth Jeszenka Box 6946 Great Falls, MT 59406 | | | | | | | | 13.00 |

Sheet no. __4__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    32.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                         ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Ariel Anderson**<br>**2322 Chevy Chase Blvd.**<br>**Kalamazoo, MI 49008** | - | | | | | | **3.25** |
| Account No. | | | | | | | |
| **Arnie Norris**<br>**1505 Speechley**<br>**Berkeley, IL 60163** | - | | | | | | **3.25** |
| Account No. | | | | | | | |
| **Audrey Phoomahal**<br>**36 Blair Dr**<br>**Coram, NY 11727** | - | | | | | | **13.00** |
| Account No. | | | | | | | |
| **B. Campion**<br>**88 S. First St**<br>**Gurnee, IL 60031** | - | | | | | | **16.25** |
| Account No. | | | | | | | |
| **Barb Dybowski**<br>**119 Green Meadow Dr**<br>**Glendale Heights, IL 60139** | - | | | | | | **6.50** |

Sheet no. __5__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**42.25**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Barb Miles** <br> **440 McKinley Ave** <br> **Newcomerstown, OH 43832** | - | | | | | | 13.00 |
| Account No. <br><br> **Barb Pezzulo** <br> **24555 Royalton Rd** <br> **Columbia Station, OH 44028** | - | | | | | | 13.00 |
| Account No. <br><br> **Barbara Bryan** <br> **5101 W. Vista Circle** <br> **Lincoln, NE 68522** | - | | | | | | 19.50 |
| Account No. <br><br> **Barbara Groen** <br> **32953 Grennada St** <br> **Livonia, MI 48154** | - | | | | | | 3.25 |
| Account No. <br><br> **Barbara Kull** <br> **5602 285th Ave** <br> **Isanti, MN 55040** | - | | | | | | 13.00 |

Sheet no. __6__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                                    Case No. _____
                                                            ,
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.<br><br>Barbara Naeher<br>1210 W. Sigwalt St<br>Arlington Heights, IL 60005 | - | | | | | | 6.50 |
| Account No.<br><br>Barbara Oliver<br>1161 Martin Manor Place<br>Florissant, MO 63031 | - | | | | | | 13.00 |
| Account No.<br><br>Barbara Orthman<br>1301 Short Pine RD<br>Ladson, SC 29456 | - | | | | | | 6.50 |
| Account No.<br><br>Barbara Patrick<br>4308 San Diego St.<br>North Las Vegas, NV 89032 | - | | | | | | 9.75 |
| Account No.<br><br>Barbara Shimer<br>1117 Manor Rd<br>Coatesville, PA 19320 | - | | | | | | 13.00 |

Sheet no. __7__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**                                    Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Barbara Siager**<br>**241 Valley Forge Ave**<br>**South Elgin, IL 60177** | - | | | | | | 6.50 |
| Account No.<br><br>**Becca Price**<br>**20990 cook Rd**<br>**Tomball, TX 77377** | - | | | | | | 6.50 |
| Account No.<br><br>**Becky Etheridge**<br>**615 Highway 80**<br>**Dry Branch, GA 31020** | - | | | | | | 16.25 |
| Account No.<br><br>**Becky Grimes**<br>**4323 Gaudet Rd**<br>**Louisville, KY 40299** | - | | | | | | 19.50 |
| Account No.<br><br>**Becky Kress**<br>**5506 Thelen Ave**<br>**Mchenry, IL 60050** | - | | | | | | 9.75 |

Sheet no. __8__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Becky McCarley<br>17204 Misty Lake Point<br>New Caney, TX 77357 | - | | | | | | | 9.75 |
| Account No.<br><br>Belinda Baker<br>Ellison High School Library<br>909 Elms Rd<br>Killeen, TX 76542 | - | | | | | | | 6.50 |
| Account No.<br><br>Beth Hasty<br>7011 W. Parmer Lane #921<br>Austin, TX 78729 | - | | | | | | | 6.50 |
| Account No.<br><br>Beth Lundberg<br>17 Burnap Brook RD.<br>Andover, CT 06232 | - | | | | | | | 3.25 |
| Account No.<br><br>Beth McCalla<br>803 Bouy Rd<br>Houston, TX 77062 | - | | | | | | | 13.00 |

Sheet no. __9__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **39.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                        ,  Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Beth Mettle** <br> **887 Shoeshone Ave** <br> **Akron, OH 44305** | - | | | | | | 13.00 |
| Account No. <br><br> **Beth Ohlson** <br> **3541 N. Nottingham Ave** <br> **Chicago, IL 60634** | - | | | | | | 13.00 |
| Account No. <br><br> **Beth Stivala** <br> **616 Inglefield Dr.** <br> **Pittsburgh, PA 15236** | - | | | | | | 6.50 |
| Account No. <br><br> **Bethany Buisker** <br> **1656 E. Town Hall Rd.** <br> **Freeport, IL 61032** | - | | | | | | 3.25 |
| Account No. <br><br> **Betty Fauls** <br> **5057 Bermuda Circle** <br> **Orlando, FL 32808** | - | | | | | | 3.25 |

Sheet no. __**10**__ of __**144**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        39.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                              ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Betty Haun** <br> **13 Driftwood Ct** <br> **Springfield, TN 37172** | - | | | | | | 9.75 |
| Account No. <br><br> **Betty Woods** <br> **4215 Apache Dr** <br> **Mount Vernon, WA 98273** | - | | | | | | 9.75 |
| Account No. <br><br> **Beverley Betz** <br> **2031 Richardson Rd** <br> **Amboy, IL 61310** | - | | | | | | 13.00 |
| Account No. <br><br> **Beverly Meier** <br> **5002 St. Road 97** <br> **Athens, WI 54411** | - | | | | | | 13.00 |
| Account No. <br><br> **Bobbie Craft** <br> **6760 Opal Ave** <br> **Cocoa, FL 32926** | - | | | | | | 19.50 |

Sheet no. __11__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **65.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** _____, Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Bobbye Smith Box 2414 Yadkinville, NC 27055 | | - | | | | | | 9.75 |
| Account No. | | | | | | | | |
| Bonnie Cousins 30 N. Westmore Ave Lombard, IL 60148 | | - | | | | | | 9.75 |
| Account No. | | | | | | | | |
| Brenda Coleman 200 McAfee DR. Valparaiso, IN 46383 | | - | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Brenda Jones 1314 Burke Rd Clinton, NC 28328 | | - | | | | | | 6.50 |
| Account No. | | | | | | | | |
| Brenda Lauzier 201 Spencer Hill Rd Winsted, CT 06098 | | - | | | | | | 9.75 |

Sheet no. __12__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                  Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Bryce Slabaugh 1606 Atchison Whiting, IN 46394 | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| Bunny St. Clair 1496 Q Hwy 20 East Colville, WA 99114 | - | | | | | | 6.50 |
| Account No. | | | | | | | |
| Camille Bonanno 58-38 78th st Middle Village, NY 11379 | - | | | | | | 6.50 |
| Account No. | | | | | | | |
| Candace Brown Browns Custom Jewerly 5103 W Goshen Visalia, CA 93291 | - | | | | | | 19.50 |
| Account No. | | | | | | | |
| Candy Lockhart 6023 Ave S #146 Galveston, TX 77551 | - | | | | | | 13.00 |

Sheet no. __13__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **58.50**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                                , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4791-2420-6231-1603** | | | | **Credit card purchases** | | | | |
| **Capital One Box 6492 Carol Stream, IL 60197** | - | | | | | | | 39.00 |
| Account No. | | | | | | | | |
| **Caren King 3500 Brentwood Way Van Buren, AR 72956** | - | | | | | | | 16.25 |
| Account No. | | | | | | | | |
| **Carla Christensen 852 E. Stonebridge Court Palatine, IL 60074** | - | | | | | | | 9.75 |
| Account No. | | | | | | | | |
| **Carla Dusek 9122 W. 140th St NE Orland Park, IL 60462** | - | | | | | | | 9.75 |
| Account No. | | | | | | | | |
| **Carla Hoskey 1004 Morton Ave Des Moines, IA 50316** | - | | | | | | | 9.75 |

Sheet no. __**14**__ of __**144**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    84.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications** _____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Carmen Sanchez** <br> **1430 SW 93 Ct** <br> **Miami, FL 33174** | - | | | | | | **13.00** |
| Account No. <br><br> **Carol Anderson** <br> **720 E. Worth Ave #91** <br> **Porterville, CA 93257** | - | | | | | | **13.00** |
| Account No. <br><br> **Carol Dail** <br> **1025 Sippel Dr** <br> **Chesapeake, VA 23320** | - | | | | | | **16.25** |
| Account No. <br><br> **Carol Fina** <br> **15766 Ave 327** <br> **Ivanhoe, CA 93235** | - | | | | | | **13.00** |
| Account No. <br><br> **Carol Foley** <br> **2450 Valkaria Rd** <br> **Malabar, FL 32950** | - | | | | | | **6.50** |

Sheet no. __15__ of __144__ sheets attached to Schedule of     Subtotal     **61.75**
Creditors Holding Unsecured Nonpriority Claims      (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                      ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Carol Grayless Morris** <br> **21 Western dr** <br> **Silver City, NM 88061** | - | | | | | | 6.50 |
| Account No. <br><br> **Carol Horen** <br> **1102 Moffat Cycle** <br> **Colorado Springs, CO 80915** | - | | | | | | 3.25 |
| Account No. <br><br> **Carol King** <br> **3342 W. Louisville** <br> **Tulsa, OK 74135** | - | | | | | | 13.00 |
| Account No. <br><br> **Carol McPherson** <br> **105 Georgine St** <br> **Crystal Lake, IL 60014** | - | | | | | | 19.50 |
| Account No. <br><br> **Carol Redford** <br> **4615 E. 56th Place** <br> **Tulsa, OK 74135** | - | | | | | | 9.75 |

Sheet no. __16__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Carol Turner** <br> **698 SW 140 Ave** <br> **Ocala, FL 34481** | - | | | | | | **16.25** |
| Account No. <br><br> **Carol Vanderpool** <br> **225 E. jackson** <br> **Sedalia, MO 65301** | - | | | | | | **16.25** |
| Account No. <br><br> **Carole Pavlis** <br> **1812 Azurite Trail** <br> **Plano, TX 75075** | - | | | | | | **9.75** |
| Account No. <br><br> **Carole Sampsel** <br> **3708 53rd St** <br> **Sacramento, CA 95820** | - | | | | | | **16.25** |
| Account No. <br><br> **Carolyn Emerson** <br> **Box 70** <br> **Strathmore, CA 93267** | - | | | | | | **3.25** |

Sheet no. __**17**__ of __**144**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **61.75**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                                    Case No. _____
                                                    ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Carolyn Payton 4852 County Line RD Electra, TX 76360 | - | | | | | | 3.25 |
| Account No. Carrie Ellingson 1713 Shellbach Dr Lincoln, CA 95648 | - | | | | | | 6.50 |
| Account No. Caryl Edwards 540 W. Ronald Dr Addison, IL 60101 | - | | | | | | 13.00 |
| Account No. Cat Audi 600 E. Holland Apt. C Washington, IL 61571 | - | | | | | | 6.50 |
| Account No. Cat Flaherty 33766 Road 204 Woodlake, CA 93286 | - | | | | | | 9.75 |

Sheet no. __18__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        39.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**                                  Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Catherine Darves <br> 3337 West Fifth Ave <br> Belle, WV 25015 | | - | | | | | | 13.00 |
| Account No. <br><br> Catherine Eidson <br> 10627 St. Francis Lane <br> Saint Ann, MO 63074 | | - | | | | | | 35.75 |
| Account No. <br><br> Catherine Walsh <br> 550 Beach Rd <br> Mahopac, NY 10541 | | - | | | | | | 13.00 |
| Account No. <br><br> Cathy Eberle <br> Box 526 <br> Durand, IL 61024 | | - | | | | | | 3.25 |
| Account No. <br><br> Cathy Lachman <br> 804 Bass Circle <br> Lafayette, CO 80026 | | - | | | | | | 13.00 |

Sheet no. __19__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    78.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                      , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Cathy Mataro** 67 Hawthorne Dr Cleveland, GA 30528 | - | | | | | | 13.00 |
| Account No. **Cathy Whaley** 1517 W. Reiche Lane Mchenry, IL 60051 | - | | | | | | 6.50 |
| Account No. **Chandra Jones** 7110 Brighton Park Dr. Suite 400 Charlotte, NC 28227 | - | | | | | | 16.25 |
| Account No. **Charlene Campbell** 9853 Kittywood Dr Cincinnati, OH 45252 | - | | | | | | 13.00 |
| Account No. **Charmine Royalty** 10221 W. Camden Ave Sun City, AZ 85351 | - | | | | | | 3.25 |

Sheet no. __20__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **52.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Cheri Wright<br>1102 W. Lindsay<br>Sulphur, OK 73086 | - | | | | | | 19.50 |
| Account No. <br><br>Cheri Wright<br>1102 W. Lindsay<br>Sulphur, OK 73086 | - | | | | | | 22.75 |
| Account No. <br><br>Cherie Dozier<br>106a Scott St<br>Tellico Plains, TN 37385 | - | | | | | | 6.50 |
| Account No. <br><br>Cherie Price<br>2260 Pine Tree Rd<br>Holt, MI 48842 | - | | | | | | 13.00 |
| Account No. <br><br>Cheryl Barrera<br>584 Gaslight Dr<br>Algonquin, IL 60102 | - | | | | | | 13.00 |

Sheet no. __21__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    74.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**                                    , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cheryl Dupree**<br>**Box 295**<br>**Youngsville, LA 70592** | - | | | | | | 13.00 |
| Account No.<br><br>**Cheryl Girard**<br>**2423 W. 3rd**<br>**Sioux City, IA 51103** | - | | | | | | 16.25 |
| Account No.<br><br>**Cheryl Graham**<br>**264 Hickory Hollow Dr S**<br>**Jacksonville, FL 32225** | - | | | | | | 16.25 |
| Account No.<br><br>**Cheryl Jordan**<br>**305 Barbara Parkway**<br>**Washington, IL 61571** | - | | | | | | 13.00 |
| Account No.<br><br>**Cheryl Knollenberg**<br>**11030 Norway St. NW**<br>**Minneapolis, MN 55448** | - | | | | | | 3.25 |

Sheet no. __22__ of __144__ sheets attached to Schedule of                                     Subtotal           61.75
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**                                                    , Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Cheryl Pavell 3033 Camino Graciosa Thousand Oaks, CA 91360 | - | | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Chris Danley 1219 High St. Williamsport, PA 17701 | - | | | | | | | 9.75 |
| Account No. | | | | | | | | |
| Chris Erickson N7319 Sunset Circle Dr Sheboygan, WI 53083 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Chris Witek 9379 Salem Redford, MI 48239 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Christie Risty 3700 S. Westport Ave. #886 Sioux Falls, SD 57106 | - | | | | | | | 9.75 |

Sheet no. __23__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    | 48.75
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications** _____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Christina Hansen 54 Walter DR Jackson, NJ 08527 | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| Christine Hilton 126 Seton Ct Streamwood, IL 60107 | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| Christine Steger N8516 Lone Rd Theresa, WI 53091 | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| Christine Wuff 4201 Main St. #291 Columbia, SC 29203 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Cindi Servante 1419 Grand Ave Novato, CA 94945 | - | | | | | | 16.25 |

Sheet no. __24__ of __144__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)          55.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                  , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cindy Bothwell** <br> **569 SW 601** <br> **Centerview, MO 64019** | - | | | | | | | 9.75 |
| Account No. <br><br> **Cindy Connally** <br> **1301 E. County Rd 145** <br> **Midland, TX 79706** | - | | | | | | | 16.25 |
| Account No. <br><br> **Cindy Dehne** <br> **24501 N. Western** <br> **Edmond, OK 73003** | - | | | | | | | 13.00 |
| Account No. <br><br> **Cindy Hairr** <br> **4083 Storey Dr** <br> **Lake Park, GA 31636** | - | | | | | | | 6.50 |
| Account No. <br><br> **Cindy Johnson** <br> **1361 Fox Chase Rd** <br> **Bartlett, IL 60103** | - | | | | | | | 13.00 |

Sheet no. __25__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Cindy Kenward**<br>**1415 Hampton Hill Dr**<br>**Alpharetta, GA 30022** | | - | | | | | | 16.25 |
| Account No.<br><br>**Cindy Volker**<br>**3034 Fleetwood Ave**<br>**Baltimore, MD 21214** | | - | | | | | | 9.75 |
| Account No.<br><br>**Cindy Wigfield**<br>**7555 Alburtis Rd**<br>**Macungie, PA 18062** | | - | | | | | | 13.00 |
| Account No.<br><br>**Colleen Johnson**<br>**1096 Highland Ave**<br>**Lincoln Park, MI 48146** | | - | | | | | | 13.00 |
| Account No.<br><br>**Colleen Kirk**<br>**6041 Shephard Rd**<br>**Brown City, MI 48416** | | - | | | | | | 13.00 |

Sheet no. __26__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      65.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,      Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Connie Heflin** **2425 Old Montezuma RD.** **Henderson, TN 38340** | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| **Connie Street** **Box 856** **Clyde, TX 79510** | - | | | | | | 29.25 |
| Account No. | | | | | | | |
| **Crystal Morton** **8905 A Leo St** **El Paso, TX 79904** | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| **Cyndy Allert** **30907 Witteman Rd** **Conifer, CO 80433** | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| **Cyndy Close** **5207 E. 93rd St** **Tulsa, OK 74137** | - | | | | | | 16.25 |

Sheet no. __27__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      71.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Cynthia Black 4130 Ryan Ave Billings, MT 59101 | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| Cynthia Cole 6360 L South 80th East Ave Tulsa, OK 74133 | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| D' Carpenter 11357 Lobouy Rd Pass Christian, MS 39571 | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| D. Hotkevich 1106 Kensington Dr Washington, IL 61571 | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| Dana Gilkerson 782 W. Morgan Bolivar, MO 65613 | - | | | | | | 9.75 |

Sheet no. __28__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **52.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                                    , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Dana Kruise<br>118 N 7th St.<br>Delavan, WI 53115 | - | | | | | | | 16.25 |
| Account No.<br><br>Darla Ruiz<br>6175 Habitat Dr #1071<br>Boulder, CO 80301 | - | | | | | | | 13.00 |
| Account No.<br><br>Darlene Baran<br>8156 S. Normandy<br>Burbank, IL 60459 | - | | | Trade debt | | | | 3.25 |
| Account No.<br><br>Darlene Foster<br>604 4th St SE<br>Dodge Center, MN 55927 | - | | | | | | | 16.25 |
| Account No.<br><br>Darlene Storms<br>620 Andall St<br>Circle Pines, MN 55014 | - | | | | | | | 9.75 |

Sheet no. __29__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Davelyn Dyer<br>Box 1042<br>Clarkesville, GA 30523 | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| Dawn Burkey<br>830 E. Southrange Rd.<br>North Lima, OH 44452 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Dawn Larocca<br>1238 Belladonna St<br>Mays Landing, NJ 08330 | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| Dawn Tevepaugh<br>843 Turning Pt. Lane<br>Concord, NC 28027 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Dawn Underwood<br>2347 Los Feliz St<br>Las Vegas, NV 89156 | - | | | | | | 16.25 |

Sheet no. __30__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                48.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Deana Ferguson**<br>**3916 Keeley Dr**<br>**Nashville, TN 37211** | - | | | | | | 16.25 |
| Account No.<br><br>**Deb Allen**<br>**6555 Streams End Dr**<br>**Canal Winchester, OH 43110** | - | | | | | | 13.00 |
| Account No.<br><br>**Deb Carty**<br>**23111 Entwhistle Rd Apt. B-2**<br>**Buckley, WA 98321** | - | | | | | | 13.00 |
| Account No.<br><br>**Deb Scheib**<br>**401 N. Timberline Rd #114**<br>**Fort Collins, CO 80524** | - | | | | | | 16.25 |
| Account No.<br><br>**Deb Weaver**<br>**100 Quail Run**<br>**North Platte, NE 69101** | - | | | | | | 6.50 |

Sheet no. __31__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Debbie Curtis 370 16th Ave Brick, NJ 08724 | | - | | | | | | 9.75 |
| Account No. | | | | | | | | |
| Debbie Mason 105 Hamilton Rd Lexington, NC 27295 | | - | | | | | | 9.75 |
| Account No. | | | | | | | | |
| Debbie Olso 2432 S. Sweet Gum Ave Broken Arrow, OK 74012 | | - | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Deborah Buckner 30 Atlantic Dr. Palm Coast, FL 32137 | | - | | | | | | 9.75 |
| Account No. | | | | | | | | |
| Deborah Jaskula 3330 S. Austin Blvd Cicero, IL 60804 | | - | | | | | | 13.00 |

Sheet no. __32__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Deborah Lunde Box 189 Cooperstown, ND 58425 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Deborah Outman 450 S. Gold Dr. Apache Junction, AZ 85220 | - | | | | | | | 16.25 |
| Account No. | | | | | | | | |
| Deborah Speicher 5465 Friarsway Dr Tampa, FL 33624 | - | | | | | | | 9.75 |
| Account No. | | | | | | | | |
| Deborah Twiford Box 992 Goldthwaite, TX 76844 | - | | | | | | | 19.50 |
| Account No. | | | | | | | | |
| Debra Eddy 938 Colonal Ledyard Hwy Ledyard, CT 06339 | - | | | | | | | 16.25 |

Sheet no. __33__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **74.75**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Dede Clinch 1611 Locust St. Suite 201 Saint Louis, MO 63103 | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| Delaine Adkins 285 Park meadows Dr Yellow Springs, OH 45387 | - | | | | | | 19.50 |
| Account No. | | | | | | | |
| Della Freudeman 8638 Elmfield Ave NW Canal Fulton, OH 44614 | - | | | | | | 6.50 |
| Account No. | | | | | | | |
| Deloris Hansen 45 Dent Rd Stafford, VA 22554 | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| Denise Carey 303 Crystal League City, TX 77573 | - | | | | | | 13.00 |

Sheet no. __34__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **61.75**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Denise Cauley**<br>**6035 N. Weslynn Dr**<br>**Macon, GA 31211** | - | | | | | | **9.75** |
| Account No.<br><br>**Denise Davis**<br>**502 W. Palm dr.**<br>**Lakeland, FL 33803** | - | | | | | | **9.75** |
| Account No.<br><br>**Denise DePresca**<br>**37 Hawthorne Dr**<br>**Neptune, NJ 07753** | - | | | | | | **13.00** |
| Account No.<br><br>**Denise Harchuck**<br>**90175 Lakeview Dr**<br>**Eugene, OR 97402** | - | | | | | | **6.50** |
| Account No.<br><br>**Denise Howard**<br>**26 Chapel Glen Dr.**<br>**Hamburg, NY 14075** | - | | | | | | **3.25** |

Sheet no. __35__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **42.25**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                              ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Denise Kaptain**<br>**350 Loyola Dr. Unit C**<br>**Elgin, IL 60123** | - | | | | | | 9.75 |
| Account No.<br><br>**Denise Maple**<br>**1141 W. Washington Blvd #236**<br>**Chicago, IL 60607** | - | | | | | | 13.00 |
| Account No.<br><br>**Denise Semidey**<br>**Box 336**<br>**Summitville, NY 12781** | - | | | | | | 13.00 |
| Account No.<br><br>**Deonna Mize**<br>**2230 N. Louiseville Ave**<br>**Tulsa, OK 74115** | - | | | | | | 13.00 |
| Account No.<br><br>**Dequietter May**<br>**732 Paris St.**<br>**Opelousas, LA 70570** | - | | | | | | 3.25 |

Sheet no. __36__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                52.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                          , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. Devon Murphy-Peterson 2832 W. Ave Waukee, IA 50263 | - | | | | | | | 13.00 |
| Account No. Diane Ainsworth 606 Gatewood Dr Twin Lakes, WI 53181 | - | | | | | | | 16.25 |
| Account No. Diane Frick 515 N. Ramunno dr Middletown, DE 19709 | - | | | | | | | 3.25 |
| Account No. Diane Gonzalez 143 Coleman Rd Goshen, NY 10924 | - | | | | | | | 13.00 |
| Account No. Diane Hesley 557 Launch Ave Somers Point, NJ 08244 | - | | | | | | | 6.50 |

Sheet no. __37__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    52.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications** _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Diane Holly 500 W. 53rd #90 Texarkana, TX 75503 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Diane Jahn 3608 Yvonne Dr Stevens Point, WI 54481 | - | | | | | | 16.25 |
| Account No. | | | | | | | |
| Diane Morales 14414 Allwood Dr San Antonio, TX 78233 | - | | | | | | 29.25 |
| Account No. | | | | | | | |
| Diane Pataki 8 Virgil Ct. Irvine, CA 92617 | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| Diane Robinette 421 Cedar Dr Lanoka Harbor, NJ 08734 | - | | | | | | 3.25 |

Sheet no. __38__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                61.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | | | | | |
| Diann Perkins 4632 Conley Goldthwaite, TX 76844 | | - | | | | | 19.50 |
| Account No. | | | | | | | |
| Dianna Kimpel 6130 Rose Hill Rd. Roseville, OH 43777 | | - | | | | | 3.25 |
| Account No. | | | | | | | |
| Dianne Fox 8402 Pinnacle Dr Frisco, TX 75034 | | - | | | | | 6.50 |
| Account No. | | | | | | | |
| Dianne Maguire 280 Molasses Hill Rd Bernville, PA 19506 | | - | | | | | 16.25 |
| Account No. | | | | | | | |
| Dianne Ramsey 6207 S. 120th East Ave Broken Arrow, OK 74012 | | - | | | | | 16.25 |

Sheet no. __39__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                61.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Dianon Systems** **1316 S. Mebahe ST.** **Burlington, NC 27215** | - | | | | | | 11.60 |
| Account No. | | | | | | | |
| **Dionanda Burnash** **5381 Hopkins RD.** **Flint, MI 48506** | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| **Diva Customs** **501 Virginia Blvd** **Virginia Beach, VA 23451** | - | | | | | | 6.50 |
| Account No. | | | | | | | |
| **Dixie Callahen** **Box 1450** **Ferndale, CA 95536** | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| **Dixie Lee Vaughn** **416 N. Waterway Dr** **Satellite Beach, FL 32937** | - | | | | | | 13.00 |

Sheet no. __40__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        37.60

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                           ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. DJ Chenier 28 Owens Dr. Unit 8 Swanzey, NH 03446 | | - | | | | | | 16.25 |
| Account No. Donna Castle 5467 N. Normandy Chicago, IL 60656 | | - | | | | | | 9.75 |
| Account No. Donna Chalfant 223 Oakmont Dr Hampstead, NC 28443 | | - | | | | | | 16.25 |
| Account No. Donna Closson 11418 State Route 161 Mechanicsburg, OH 43044 | | - | | | | | | 16.25 |
| Account No. Donna Duvalle 4243 Maplewood Rd. Two Rivers, WI 54241 | | - | | | | | | 9.75 |

Sheet no. __41__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **68.25**

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Donna Foster**<br>**138 S. East St**<br>**Box 146**<br>**Bradner, OH 43406** | - | | | | | | **16.25** |
| Account No.<br><br>**Donna Irizarry**<br>**223 Columbus Dr**<br>**Franklin Park, NJ 08823** | - | | | | | | **9.75** |
| Account No.<br><br>**Donna Miller**<br>**9 Howard St**<br>**Norwood, VA 24581** | - | | | | | | **3.25** |
| Account No.<br><br>**Donna Palladino**<br>**Ride Like A pro**<br>**12702 Split Oak Dr**<br>**Hudson, FL 34667** | - | | | | | | **19.50** |
| Account No.<br><br>**Donna Papini**<br>**194 Lincoln Ave**<br>**Athol, MA 01331** | - | | | | | | **13.00** |

Sheet no. __42__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **61.75**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Donna Ratcliff** <br> **468 W. Beechdale** <br> **Commerce Township, MI 48382** | - | | | | | | 6.50 |
| Account No. <br><br> **Donna Schott** <br> **1777 Crystal Lane #307** <br> **Mount Prospect, IL 60056** | - | | | | | | 9.75 |
| Account No. <br><br> **Donna Smith** <br> **844 N. Vermon Ave #2** <br> **Azusa, CA 91702** | - | | | | | | 9.75 |
| Account No. <br><br> **Donna Treiber** <br> **22 Unionville Ave** <br> **Sussex, NJ 07461** | - | | | | | | 6.50 |
| Account No. <br><br> **Donna Wilson** <br> **1819 Turkey Chase** <br> **San Antonio, TX 78264** | - | | | | | | 9.75 |

Sheet no. __43__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                42.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Donnita Yoder**<br>**922 W macArthur**<br>**Bloomington, IL 61701** | - | | | | | | 9.75 |
| Account No.<br><br>**Doris Lake**<br>**849 Oriole Dr**<br>**Saint Paul, MN 55124** | - | | | | | | 16.25 |
| Account No.<br><br>**Doris Stout**<br>**130 Greenwood Ave**<br>**Lakeview, AR 72642** | - | | | | | | 6.50 |
| Account No.<br><br>**Dorma Robison**<br>**Box 253**<br>**Augusta, IL 62311** | - | | | | | | 9.75 |
| Account No.<br><br>**Dorothy Tolliver**<br>**5004 Secota Lane**<br>**Colorado Springs, CO 80917** | - | | | | | | 3.25 |

Sheet no. __44__ of __144__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          45.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Druanne Cryer** <br> **N 546 Buckingham Rd** <br> **Fort Atkinson, WI 53538** | - | | | | | | 6.50 |
| Account No. <br><br> **Elaine Garley** <br> **4201 Abbott Ave** <br> **Minneapolis, MN 55410** | - | | | | | | 13.00 |
| Account No. <br><br> **Elaine Winters** <br> **12473 Serene Dr** <br> **Durand, IL 61024** | - | | | | | | 3.25 |
| Account No. <br><br> **Elizabeth Fox** <br> **413 Norris Canyon Terrace** <br> **San Ramon, CA 94583** | - | | | | | | 13.00 |
| Account No. <br><br> **Elizabeth Hoover** <br> **5843 Pardise Point Dr** <br> **Miami, FL 33157** | - | | | | | | 9.75 |

Sheet no. __45__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          45.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Elizabeth Jones 3010 N. Atlantic Ave #C Cocoa Beach, FL 32931 | - | | | | | | | 9.75 |
| Account No. | | | | | | | | |
| Elizabeth Williams 340 NW Oakcrest Dr. Kansas City, MO 64151 | - | | | | | | | 16.25 |
| Account No. | | | | | | | | |
| Elizebeth Kania Box 2099 Flagler Beach, FL 32136 | - | | | | | | | 6.50 |
| Account No. | | | | | | | | |
| Elleen Robbins 7715 Colley Rd Odessa, FL 33556 | - | | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Ellen Taylor 11361 Aegean Terrace Woodbridge, VA 22192 | - | | | | | | | 3.25 |

Sheet no. __46__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    39.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications** , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Emily Fisher 10849 Claxton Rd Falcon, MO 65470 | - | | | | | | 6.50 |
| Account No.  Emily McAllister 3063 Stokes Store Rd Forsyth, GA 31029 | - | | | | | | 6.50 |
| Account No.  Eric Fernandez 895 West Main St Dundee, IL 60118 | - | | | | | | 415.00 |
| Account No.  Estella Melchert 2241 Overlook Rd Augusta, GA 30906 | - | | | | | | 6.50 |
| Account No.  Evelyn  Samples 4338 State Rd Akron, OH 44319 | - | | | | | | 3.25 |

Sheet no. __47__ of __144__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     437.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**, Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Evelyn Alsup** <br> **Box 903** <br> **Skiatook, OK 74070** | - | | | | | | 9.00 |
| Account No. <br><br> **First Data** <br> **Box 5180** <br> **Simi Valley, CA 93062** | - | fees | | | | | 30.00 |
| Account No. <br><br> **Florence Collins** <br> **6055 River Forest Dr.** <br> **Manassas, VA 20112** | - | | | | | | 3.25 |
| Account No. <br><br> **Fran Maze** <br> **4610 46th Ave North** <br> **Saint Petersburg, FL 33714** | - | | | | | | 13.00 |
| Account No. <br><br> **Fran Nosek** <br> **329 Glen Dr** <br> **Shirley, NY 11967** | - | | | | | | 19.50 |

Sheet no. __48__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     74.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                   ,          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**G.M. Schmitt**<br>**Box 435**<br>**Emigrant, MT 59027** | - | | | | | | 3.25 |
| Account No. <br><br>**Gail Georgalas**<br>**348 Stanton Court**<br>**Round Lake, IL 60073** | - | | | | | | 13.00 |
| Account No. <br><br>**Gale Briggs**<br>**10470 Hwy 78 E**<br>**Summerville, SC 29483** | - | | | | | | 19.50 |
| Account No. <br><br>**Gale Hernandez**<br>**2306 Mustang Lane**<br>**Rosharon, TX 77583** | - | | | | | | 6.50 |
| Account No. <br><br>**General Libary**<br>**Denvers Women Corr. Center**<br>**Box 39200**<br>**Denver, CO 80239** | - | | | | | | 6.50 |

Sheet no. __49__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                48.75
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                          ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| George Ann Mayne 1402 S. Navajo Lane Coolidge, AZ 85228 | | | | | | | | 9.75 |
| Account No. | | - | | | | | | |
| Georgia Hichman 2311 Longleaf Pines Kingwood, TX 77339 | | | | | | | | 6.50 |
| Account No. | | - | | | | | | |
| Georgia Mendes 5084 Kapp Lane Woodbridge, VA 22193 | | | | | | | | 13.00 |
| Account No. | | - | | | | | | |
| Geradine Wynn 761 Will Scarlet Way Macon, GA 31220 | | | | | | | | 9.75 |
| Account No. | | - | | | | | | |
| Gigi Beaird 205 Main St. Rochelle, IL 61068 | | | | | | | | 9.75 |

Sheet no. __50__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **48.75**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Gigi Kelly 3219 L. Calf Pasture Hwy Craigsville, VA 24430 | - | | | | | | 19.50 |
| Account No. | | | | | | | |
| Ginger Gossett 3072 Meadowvale Way Grand Junction, CO 81504 | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| Gini Ingram 510 Oliver St Conway, AR 72034 | - | | | | | | 19.50 |
| Account No. | | | | | | | |
| Glenda Kelly 509 Arizona Lawrence, KS 66049 | - | | | | | | 19.50 |
| Account No. | | | | | | | |
| Glenda Lindeen 15250 Mincing Lane Channelview, TX 77530 | - | | | | | | 9.75 |

Sheet no. __51__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

78.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                                    , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | | |
| Glenda Noteworth 5212 W. 3rd Ave Stillwater, OK 74074 | | | | | | | | 16.25 |
| Account No. | | - | | | | | | |
| Gloria Crane 6965 CR 68 Millersburg, OH 44654 | | | | | | | | 16.25 |
| Account No. | | - | | | | | | |
| Gloria Martinez 295 E. Lexington Ave. Pomona, CA 91766 | | | | | | | | 3.25 |
| Account No. | | - | | | | | | |
| Grace Bishop 4 Potato Branch Rd Leicester, NC 28748 | | | | | | | | 13.00 |
| Account No. | | - | | | | | | |
| Grace Keefe 2900 Chalmar Dr Dayton, OH 45431 | | | | | | | | 6.50 |

Sheet no. __52__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            55.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Gracie Sharamitaro** **239 Wiegel Dr** **Saint Louis, MO 63135** | - | | | | | | | 3.25 |
| Account No. **Gretta Wiseley** **1402 Fox Run Rd** **Sylacauga, AL 35150** | - | | | | | | | 13.00 |
| Account No. **Gwengale Parker** **356 Pineland Rd.** **Dry Branch, GA 31020** | - | | | | | | | 3.25 |
| Account No. **Hal's Harley Davidson** **1925 S. Moorland Rd** **New Berlin, WI 53151** | - | | | | | | | 16.25 |
| Account No. **Harvard Collection Service** **4839 N. Elston Ave.** **Chicago, IL 60630** | - | | | collection, notice only | | | | 0.00 |

Sheet no. __53__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     35.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                             Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Heidi Erickson**<br>**211 Cliffside Place**<br>**Rockton, IL 61072** | - | | | | | | | 3.25 |
| Account No.<br><br>**Helen Skibzke**<br>**4415 N. 56th Dr**<br>**Phoenix, AZ 85031** | - | | | | | | | 3.25 |
| Account No.<br><br>**Henry**<br>**Box 88671**<br>**Carol Stream, IL 60188** | - | | | | | | | 3.25 |
| Account No.<br><br>**Holly Barbush**<br>**2737 Chestnut Rd.**<br>**York, PA 17402** | - | | | | | | | 9.75 |
| Account No.<br><br>**Hope Conner**<br>**2155 Hampshire Pike**<br>**Columbia, TN 38401** | - | | | | | | | 9.75 |

Sheet no. __54__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **29.25**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                              ,   Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Irene Hargett** <br> **20527 S. State Highway 7** <br> **Richland, MO 65556** | - | | | | | | 19.50 |
| Account No. <br><br> **Iris Maday** <br> **3533 Park St** <br> **Shasta Lake, CA 96019** | - | | | | | | 9.75 |
| Account No. <br><br> **Jackie Center** <br> **897 Bellevue** <br> **Daytona Beach, FL 32114** | - | | | | | | 13.00 |
| Account No. <br><br> **Jackie Gilly** <br> **437 Donegal Way** <br> **Lafayette, CA 94549** | - | | | | | | 16.25 |
| Account No. <br><br> **Jackie Gleason** <br> **5211 N. Allen Place** <br> **Spokane, WA 99205** | - | | | | | | 35.75 |

Sheet no. __55__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         94.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jacqueline Benner <br> 1168 Mallard Way <br> Elmer, NJ 08318 | - | | | | | | 13.00 |
| Account No. <br><br> Jacqueline Shiner <br> Box 3348 <br> Stowe, VT 05672 | - | | | | | | 13.00 |
| Account No. <br><br> Jan Manley <br> Box 204 <br> Macon, GA 31206 | - | | | | | | 6.50 |
| Account No. <br><br> Jan Mullaney <br> 26665 NW Russell Cr. RD <br> Yamhill, OR 97148 | - | | | | | | 9.75 |
| Account No. <br><br> Jana Roberts <br> 5679 70th Ave <br> Princeton, MN 55371 | - | | | | | | 9.75 |

Sheet no. __56__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **52.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                              ,          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Janann DeShane 1086 S. Hood St Alvin, TX 77511 | | - | | | | | | 13.00 |
| Account No. Janat Williams 215 Ogden Ave Clinton, WI 53525 | | - | | | | | | 19.50 |
| Account No. Jane Cross 151 93rd Ave NE Minneapolis, MN 55434 | | - | | | | | | 9.75 |
| Account No. Jane Smith 27 Amherst Rd. Beverly, MA 01915 | | - | | | | | | 3.25 |
| Account No. Jane Stefanski 320 E. Russel Rd Munger, MI 48747 | | - | | | | | | 13.00 |

Sheet no. __57__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        58.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                      ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jane Toner**<br>**Box 1171**<br>**Palmerston Ontario Canada** | - | | | | | | 4.10 |
| Account No.<br><br>**Jane VanEtten**<br>**1005 Trinidad Rd**<br>**Cocoa Beach, FL 32931** | - | | | | | | 9.75 |
| Account No.<br><br>**Janet Flores**<br>**3033 East Valley Blvd Apt 123**<br>**West Covina, CA 91792** | - | | | | | | 13.00 |
| Account No.<br><br>**Janet Howard**<br>**2566 S St. RT 123**<br>**Lebanon, OH 45036** | - | | | | | | 16.25 |
| Account No.<br><br>**Janet Kellerman**<br>**146 Marshall Lane**<br>**Blairsville, PA 15717** | - | | | | | | 52.00 |

Sheet no. __58__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        95.10

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Jani Albers 19 Palm Ave. Woodland, CA 95695 | - | | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Janice Van Ryn Box 428 Hartley, TX 79044 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Janine Zavosky 16 Stasia Dr Novato, CA 94947 | - | | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Jay Lyn Siebert 154 West St Chatham Ontario Canada | - | | | | | | | 8.20 |
| Account No. | | | | | | | | |
| Jean Hutcheon 33 Chickasaw Cresent Kanata Ontario Canada | - | | | | | | | 4.10 |

Sheet no. __59__ of __144__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    31.80

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,      Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jean Osborne** <br> **439 Sycamore St** <br> **Westfield, IN 46074** | | - | | | | | 6.50 |
| Account No. <br><br> **Jean Psyhos** <br> **261 Portsmouth Ave #4** <br> **Stratham, NH 03885** | | - | | | | | 16.25 |
| Account No. <br><br> **Jean Weaver** <br> **207 Providence Pl** <br> **Mountville, PA 17554** | | - | | | | | 9.75 |
| Account No. <br><br> **Jeanne Dash** <br> **11199 W. State Rd. 2 Lot 80** <br> **Westville, IN 46391** | | - | | | | | 13.00 |
| Account No. <br><br> **Jeanne Rogeres** <br> **1621 Center Rd** <br> **Spokane, WA 99212** | | - | | | | | 13.00 |

Sheet no. __60__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      58.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. <br><br> Jeannie Masterson <br> 7667 N. Wickham Rd  Apt 1308 <br> Melbourne, FL 32940 | - | | | | | | 16.25 |
| Account No. <br><br> Jenn Tonso <br> 941 School St <br> Craig, CO 81625 | - | | | | | | 0.00 |
| Account No. <br><br> Jennifer Cior <br> 125 S. Miller Rd <br> Saginaw, MI 48609 | - | | | | | | 3.25 |
| Account No. <br><br> Jennifer Cook <br> 3014 E. Lakeview Rd. <br> Stillwater, OK 74075 | - | | | | | | 3.25 |
| Account No. <br><br> Jennifer Donahue <br> 385 S. Woodland Dr. <br> Whitewater, WI 53190 | - | | | | | | 9.75 |

Sheet no. __61__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **32.50**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications** ,                                    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jennifer Samioglou** <br> **1342 Eastwind Dr** <br> **Jacksonville Beach, FL 32250** | - | | | | | | 3.25 |
| Account No. <br><br> **Jerrie Harp** <br> **8619 Montaina Dr** <br> **Morris, AL 35116** | - | | | | | | 13.00 |
| Account No. <br><br> **Jo Ann Mueller** <br> **664 Britton Ave** <br> **Staten Island, NY 10304** | - | | | | | | 13.00 |
| Account No. <br><br> **Joanie Mesa** <br> **2510 Yerba Hills Ct** <br> **San Jose, CA 95121** | - | | | | | | 13.00 |
| Account No. <br><br> **JoAnn Hite** <br> **8130 Yale St.** <br> **Houston, TX 77037** | - | | | | | | 13.00 |

Sheet no. _**62**_ of _**144**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                55.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    ,         Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Jodie Tice Lawrosky** **Box 5760** **Sun City West, AZ 85376** | - | | | | | | 13.00 |
| Account No. **Jody Grosshans** **10826 E. colorado Dr** **Aurora, CO 80012** | - | | | | | | 6.50 |
| Account No. **Jody Joiner** **16337 148th St** **Bonner Springs, KS 66012** | - | | | | | | 16.25 |
| Account No. **Jody Peterson** **4868 Barn Owl Dr** **Longmont, CO 80504** | - | | | | | | 19.50 |
| Account No. **John Schalk** **2986 Langston Circle** **Saint Charles, IL 60175** | - | | | | | | 3.25 |

Sheet no. __63__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    ,          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Johnna Adkins <br> Box 992 <br> Wayne, WV 25570 | - | | | | | | 13.00 |
| Account No. <br><br> Johnnie Taylor <br> 2032 Coventry Pl <br> Roanoke, TX 76262 | - | | | | | | 9.75 |
| Account No. <br><br> Joyce Horning <br> Box 12 <br> Cheraw, CO 81030 | - | | | | | | 3.25 |
| Account No. <br><br> Joyce McLeod <br> 4508 Penwood Dr <br> Alexandria, VA 22310 | - | | | | | | 16.25 |
| Account No. <br><br> Joyce Miller <br> 5462 Vin Rose Lane <br> Indianapolis, IN 46226 | - | | | | | | 9.75 |

Sheet no. __64__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Joyce Van Cleave 28871 CR 21 Rocky Ford, CO 81067 | | - | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Joyce Weiland 1901 Whila Way Alvin, TX 77511 | | - | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Judith McDonald 152 Cedar Grove Rd Mullica Hill, NJ 08062 | | - | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Judith Patishnock 440 Robin Hood Rd Havre De Grace, MD 21078 | | - | | | | | | 6.50 |
| Account No. | | | | | | | | |
| Judith Redding 1157 Battle Ridge Rd Clinton, ME 04927 | | - | | | | | | 3.25 |

Sheet no. __65__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     39.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                    , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Judy Diehl** **11582 E. 415 N** **Kendallville, IN 46755** | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| **Judy Gilland** **5721 Pinebrook Ave** **Grand Rapids, MI 49548** | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| **Judy King** **1654 Ima Place** **Toledo, OH 43612** | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| **Judy Knapp** **205 Springs dr** **Louisville, CO 80027** | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| **Judy Lanigan** **6137 S. Homan** **Chicago, IL 60629** | - | | | | | | 13.00 |

Sheet no. __66__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                48.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**                                                          Case No. _____
                                                                    ,
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Judy Murphy** 4015 My Lady Lane Land O Lakes, FL 34639 | - | | | | | | 13.00 |
| Account No. **Judy Ott** 3260 Shade Rd Akron, OH 44333 | - | | | | | | 6.50 |
| Account No. **Julia Morton** 1277 N 800 East Greenfield, IN 46140 | - | | | | | | 9.75 |
| Account No. **Julia Rodgers** 1803 Shore Line Dr. Leesburg, FL 34748 | - | | | | | | 9.75 |
| Account No. **Julie Murray** 10450 N. Dobbs Harrah, OK 73045 | - | | | | | | 16.25 |

Sheet no. __67__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          55.25

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Julie Patterson**<br>**613 E. Wayne**<br>**Republic, MO 65738** | - | | | | | | 6.50 |
| Account No.<br><br>**Julie Scherer**<br>**2208 Brindlewood Dr**<br>**Plainfield, IL 60586** | - | | | | | | 3.25 |
| Account No.<br><br>**Julie Silverman**<br>**7605 W. Running Bear Dr**<br>**Tucson, AZ 85743** | - | | | | | | 13.00 |
| Account No.<br><br>**June Ford**<br>**15 Evelyn Court**<br>**Grand Island, NY 14072** | - | | | | | | 19.50 |
| Account No.<br><br>**June Frost**<br>**15534 Penn Hills Lane**<br>**Houston, TX 77062** | - | | | | | | 13.00 |

Sheet no. __68__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **55.25**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **June Yanchak** <br> **8095 W. 38th Ave** <br> **Wheat Ridge, CO 80033** | - | | | | | | 13.00 |
| Account No. <br><br> **Justine McIntyre** <br> **195 Edgewood Ave** <br> **Ronkonkoma, NY 11779** | - | | | | | | 9.75 |
| Account No. <br><br> **Kandy Pflughapt** <br> **1059 325th St.** <br> **Coggon, IA 52218** | - | | | | | | 9.75 |
| Account No. <br><br> **Kara Decourley** <br> **343 Sunset Island Tr.** <br> **Gallatin, TN 37066** | - | | | | | | 13.00 |
| Account No. <br><br> **Karen Chamberlin** <br> **26 Vahlsing Way** <br> **Trenton, NJ 08691** | - | | | | | | 9.75 |

Sheet no. __69__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          55.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Karen Corbin** <br> **16 Leonard St.** <br> **Dansville, NY 14437** | - | | | | | | 9.75 |
| Account No. <br><br> **Karen Corum** <br> **13205 Heritage dr** <br> **Kearney, MO 64060** | - | | | | | | 19.50 |
| Account No. <br><br> **Karen Cutitta** <br> **3 Lincoln Ave** <br> **Batavia, NY 14020** | - | | | | | | 16.25 |
| Account No. <br><br> **Karen Dunn** <br> **2013 Edgewood Dr** <br> **Edmond, OK 73013** | - | | | | | | 16.25 |
| Account No. <br><br> **Karen Gutenkauf** <br> **23 Preston Circle** <br> **Stillwater, OK 74075** | - | | | | | | 16.25 |

Sheet no. __70__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          78.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.<br><br>Karen Hughes<br>208 20th St Apt. 2<br>Bedford, IN 47421 | - | | | | | | 19.50 |
| Account No.<br><br>Karen Kappel<br>1403 Clark Ave<br>Dell Rapids, SD 57022 | - | | | | | | 13.00 |
| Account No.<br><br>Karen Mahaffey<br>2505 E. 56th Place<br>Tulsa, OK 74105 | - | | | | | | 13.00 |
| Account No.<br><br>Karen Mangum<br>20624 N. Dilger Rd<br>Saint Meinrad, IN 47577 | - | | | | | | 6.50 |
| Account No.<br><br>Karen McGlothlin<br>106 Willow Oak Court<br>Elkton, MD 21921 | - | | | | | | 6.50 |

Sheet no. __71__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **58.50**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Karen Miller** <br> **510 Ryan Terrace** <br> **Porterville, CA 93257** | - | | | | | | 3.25 |
| Account No. <br><br> **Karen Mongiardo** <br> **3120 Birch Grove Ct** <br> **Las Vegas, NV 89134** | - | | | | | | 13.00 |
| Account No. <br><br> **Karen Reichlen** <br> **434 Grande heights Dr** <br> **Cary, NC 27513** | - | | | | | | 6.50 |
| Account No. <br><br> **Karen Sputa** <br> **38654 Levisham Dr** <br> **Clinton Township, MI 48038** | - | | | | | | 16.25 |
| Account No. <br><br> **Karen Stasaitis** <br> **113 Wynola Ave.** <br> **New Britain, CT 06051** | - | | | | | | 6.50 |

Sheet no. __72__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                45.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Karen Warren 573 St. Leger Ave Akron, OH 44305 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Karla Freed 2213 N. Dymond St Burbank, CA 91505 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Karla Hooper 2821 Warren Granite City, IL 62040 | - | | | | | | | 16.25 |
| Account No. | | | | | | | | |
| Karyn Carrico 689 Silman St Ferndale, MI 48220 | - | | | | | | | 16.25 |
| Account No. | | | | | | | | |
| Kassandra Klein 1650 Garfield Ave Waukesha, WI 53189 | - | | | | | | | 3.25 |

Sheet no. __73__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61.75

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kat Sosnowski** **1007 Gael Dr   Unit B** **Joliet, IL 60435** | - | | | | | | 13.00 |
| Account No. **Kate Grace** **46710 Fish Lake Rd** **Halfway, OR 97834** | - | | | | | | 13.00 |
| Account No. **Kathleen Studnicka** **5005 W. 120 Place** **Alsip, IL 60803** | - | | | | | | 6.50 |
| Account No. **Kathleen Weaver** **4537 Artesa Way South** **Palm Beach Gardens, FL 33418** | - | | | | | | 19.50 |
| Account No. **Kathy Byrd** **6627 Rutgers** **Houston, TX 77005** | - | | | | | | 6.50 |

Sheet no. __74__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                      ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kathy Enders** **Box 743** **Tioga, ND 58852** | - | | | | | | 3.25 |
| Account No. **Kathy Moroney** **1209 S. Degener Ave** **Elmhurst, IL 60126** | - | | | | | | 16.25 |
| Account No. **Kathy Walker** **379 W. Gerking Dr** **Nineveh, IN 46164** | - | | | | | | 6.50 |
| Account No. **Kaye Caple** **12021 Cactus Dr.** **Fort Myers, FL 33908** | - | | | | | | 9.75 |
| Account No. **KD McCready** **14210 Brynwood Dr** **Bristol, VA 24202** | - | | | | | | 13.00 |

Sheet no. __75__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                48.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**                                    , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kelly Trout** <br> **2353 Wesford Dr** <br> **Maryland Heights, MO 63043** | - | | | | | | 3.25 |
| Account No. <br><br> **Kerri Jones** <br> **9501 E. 68th St** <br> **Kansas City, MO 64133** | - | | | | | | 3.25 |
| Account No. <br><br> **Kerry Roden** <br> **1516 W. Market St** <br> **Mobile, AL 36611** | - | | | | | | 13.00 |
| Account No. <br><br> **Kim Dawson** <br> **13481 Lake Shore Dr** <br> **Herndon, VA 20171** | - | | | | | | 13.00 |
| Account No. <br><br> **Kim Dodson** <br> **6340 Calle De La Mango** <br> **Hereford, AZ 85615** | - | | | | | | 9.75 |

Sheet no. __76__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    42.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                         ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Kim Dunaway**<br>**1058 E. Jackson St.**<br>**Colorado Springs, CO 80907** | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| **Kim Hartnett**<br>**361 Cherry Valley Rd**<br>**Vernon Hills, IL 60061** | - | | | | | | 16.25 |
| Account No. | | | | | | | |
| **Kim McGee**<br>**925 Loretta Dr**<br>**Titusville, FL 32780** | - | | | | | | 16.25 |
| Account No. | | | | | | | |
| **Kim Ogle**<br>**1116 Ferdinand Ave**<br>**Forest Park, IL 60130** | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| **Kim Poole**<br>**78 Quarter Staff Place**<br>**Berlin, MD 21811** | - | | | | | | 13.00 |

Sheet no. __77__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **65.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Kim Williams 202 Hayes Fort Creek Rd. Dover, TN 37058 | - | | | | | | 6.50 |
| Account No. | | | | | | | |
| Kimberly Braden 322 N. Lorel Ave apt 1 Chicago, IL 60644 | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| Kimberly Imel 2430 E. 96th St Indianapolis, IN 46240 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Kimberly Lehman 8980 Mariposa St La Mesa, CA 91941 | - | | | | | | 6.50 |
| Account No. | | | | | | | |
| Kimberly McLean Box 2664 Garden City, KS 67846 | - | | | | | | 13.00 |

Sheet no. __78__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                42.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications** _____, Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kimberly Reis** <br> **703 Greenvale Ave W** <br> **Northfield, MN 55057** | - | | | | | | 16.25 |
| Account No. <br><br> **Kimberly Wetzel** <br> **4259 W. Termunde** <br> **Alsip, IL 60803** | - | | | | | | 13.00 |
| Account No. <br><br> **Kris Meseth** <br> **1702 Mill St. #203** <br> **Des Plaines, IL 60016** | - | | | | | | 13.00 |
| Account No. <br><br> **Kristen McPherson** <br> **64 Parkway Dr** <br> **Liverpool, PA 17045** | - | | | | | | 6.50 |
| Account No. <br><br> **Kristen Urso** <br> **83 Freesia Dr** <br> **Romeoville, IL 60446** | - | | | | | | 13.00 |

Sheet no. __79__ of __144__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     61.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kristie Morrison<br>10015 200th Pl. SE<br>Snohomish, WA 98296 | - | | | | | | 6.50 |
| Account No.<br><br>Krystal Tipton<br>1020 Ash Dr<br>Sulphur, OK 73086 | - | | | | | | 3.25 |
| Account No.<br><br>L'Jean Gorman<br>4400 Blackford Rd<br>Mount Vernon, IN 47620 | - | | | | | | 16.25 |
| Account No.<br><br>L.M. Knizner<br>7711 Tiburon Trail<br>Sugar Land, TX 77479 | - | | | | | | 6.50 |
| Account No.<br><br>Lainey Ruiz<br>4753 Clybourn Ave #4<br>North Hollywood, CA 91602 | - | | | | | | 16.25 |

Sheet no. __80__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          48.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Larry Haun 8256 N. Keating Skokie, IL 60076 | - | | | | | | | 19.50 |
| Account No. | | | | | | | | |
| Laura Bendit 9594 First Ave NE #341 Seattle, WA 98115 | - | | | | | | | 16.25 |
| Account No. | | | | | | | | |
| Laura Lester 4404 Layburn Ct Antelope, CA 95843 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Laura Schiavinato 6N423 Route 31 Saint Charles, IL 60175 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Laura Swank 125 Mossbark Lane Chapel Hill, NC 27514 | - | | | | | | | 6.50 |

Sheet no. __81__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         68.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Laurel Arthur** <br> **28070 Coleridge** <br> **Harrison Township, MI 48045** | - | | | | | | | **16.25** |
| Account No. <br><br> **Lauren Krizenawski** <br> **675 Belle Dr** <br> **Fayetteville, GA 30214** | - | | | | | | | **19.50** |
| Account No. <br><br> **Laurie Elliott** <br> **15 E. Sunlit Forest Dr.** <br> **Spring, TX 77381** | - | | | | | | | **16.25** |
| Account No. <br><br> **Laurie Long** <br> **1704 270th St.** <br> **Madrid, IA 50156** | - | | | | | | | **16.25** |
| Account No. <br><br> **Laurie Terry** <br> **148 Penick Ave** <br> **Delaware, OH 43015** | - | | | | | | | **16.25** |

Sheet no. __82__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **84.50**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Laurie Weyant**<br>**Box 3194**<br>**Forrest City, AR 72336** | - | | | | | | **13.00** |
| Account No.<br><br>**Laverne Gates**<br>**1421 Harvard Court**<br>**Hanford, CA 93230** | - | | | | | | **13.00** |
| Account No.<br><br>**Lavista Corr. Center Libary**<br>**Box 3**<br>**Pueblo, CO 81002** | - | | | | | | **6.50** |
| Account No.<br><br>**leah Spring**<br>**4580 Oak Pond Rd**<br>**Saint Paul, MN 55123** | - | | | | | | **3.25** |
| Account No.<br><br>**Leigh Ann Egli**<br>**7109 Lindenwood Dr.**<br>**Corpus Christi, TX 78414** | - | | | | | | **3.25** |

Sheet no. __83__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **39.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                         ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Les Brown** <br> **1227 Oxford St** <br> **Victoria BC Canada** | - | | | | | | 8.20 |
| Account No. <br><br> **Lesley Studholme** <br> **110 Polk Ave #4** <br> **Cape Canaveral, FL 32920** | - | | | | | | 19.50 |
| Account No. <br><br> **Leslie Coler** <br> **2250 E. 100 N** <br> **Angola, IN 46703** | - | | | | | | 3.25 |
| Account No. <br><br> **Lib Creech** <br> **355B Parkstown Rd** <br> **La Grange, NC 28551** | - | | | | | | 16.25 |
| Account No. <br><br> **Libby Cline** <br> **4704 Crispwood Ct** <br> **Holly Springs, NC 27540** | - | | | | | | 9.75 |

Sheet no. __84__ of __144__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    56.95

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**                                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Linda Gross <br> 411 E. High St <br> Napoleon, OH 43545 | - | | | | | | 13.00 |
| Account No. <br><br> Linda Grotke <br> Box 1040 <br> Nevada City, CA 95959 | - | | | | | | 6.50 |
| Account No. <br><br> Linda Hale <br> 2176 Evergreen St <br> Union City, TN 38261 | - | | | | | | 9.75 |
| Account No. <br><br> Linda Hammett <br> 5104 Aztec <br> The Colony, TX 75056 | - | | | | | | 29.25 |
| Account No. <br><br> Linda Hogan <br> 3575 Lexington Ave S Apt 223 <br> Saint Paul, MN 55123 | - | | | | | | 16.25 |

Sheet no. __85__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    74.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                              ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Linda Lopizzo** <br> **19 Cedar Ave.** <br> **Rumson, NJ 07760** | - | | | | | | 3.25 |
| Account No. <br><br> **Linda Lou Johnson** <br> **3412 Wheatland Pines Dr** <br> **Fargo, ND 58103** | - | | | | | | 16.25 |
| Account No. <br><br> **Linda Markham** <br> **15 Lake Flat Lane** <br> **Great Falls, MT 59404** | - | | | | | | 29.25 |
| Account No. <br><br> **Linda Morosky** <br> **568 Spring Rd. Apt 7** <br> **Elmhurst, IL 60126** | - | | | | | | 9.75 |
| Account No. <br><br> **Linda Morrison** <br> **1321 Emerson RD** <br> **Ellensburg, WA 98926** | - | | | | | | 3.25 |

Sheet no. **86** of **144** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **61.75**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    Case No. _____
                                                     ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Linda Platt** <br> **7884 Orion Path** <br> **Liverpool, NY 13090** | - | | | | | | 3.25 |
| Account No. <br><br> **Linette Carr** <br> **Box 122** <br> **Earlville, IL 60518** | - | | | | | | 6.50 |
| Account No. <br><br> **Lisa Jones** <br> **160 Hall St.** <br> **Hammonton, NJ 08037** | - | | | | | | 22.75 |
| Account No. <br><br> **Lisa Moracco** <br> **19 Gregg St.** <br> **Trumansburg, NY 14886** | - | | | | | | 13.00 |
| Account No. <br><br> **Lisa Pruitt** <br> **2721 Norwaypine Rd** <br> **Rockford, IL 61109** | - | | | | | | 3.25 |

Sheet no. __87__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Lisa Talmage 2916 Sound Ave Riverhead, NY 11901 | - | | | | | | 3.25 |
| Account No. Lisa Werner 1320 Stewart St Northampton, PA 18067 | - | | | | | | 3.25 |
| Account No. Lissa Lampron 584 Burts Pit Rd Florence, MA 01062 | - | | | | | | 13.00 |
| Account No. Liv Anderson 227 A Mawson Lakes Blvd. Mawson Lakes, AS | - | | Trade debt | | | | 5.85 |
| Account No. Liz Chadwell 180 Shelly Dr Sharps Chapel, TN 37866 | - | | | | | | 19.50 |

Sheet no. __88__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44.85

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                          , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Lois Hargis 4333 Ireland St The Colony, TX 75056 | - | | | | | | 19.50 |
| Account No. | | | | | | | |
| Loni Williams 8202 Clay St Omaha, NE 68122 | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| Lorelei Wisbrock 3750 E. 28th rd Sheridan, IL 60551 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Lori Hughes 7070 Deer St. Winnemucca, NV 89445 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Lori Trokey 207 W. Cushman St Three Rivers, MI 49093 | - | | | | | | 6.50 |

Sheet no. __89__ of __144__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Louise Florito** <br> **2 Denise Ave** <br> **Edison, NJ 08820** | - | | | | | | 13.00 |
| Account No. <br><br> **Louise Foster** <br> **20761 Buckskin Rd** <br> **Defiance, OH 43512** | - | | | | | | 19.50 |
| Account No. <br><br> **Lydia Krier** <br> **410 Hillview Dr** <br> **Gurnee, IL 60031** | - | | | | | | 9.75 |
| Account No. <br><br> **Lyn McGhie** <br> **7 Patrick Dr.** <br> **Hudson, NH 03051** | - | | | | | | 9.75 |
| Account No. <br><br> **Lyn Scott** <br> **19422 Mill Oak** <br> **San Antonio, TX 78258** | - | | | | | | 32.50 |

Sheet no. __**90**__ of __**144**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **84.50**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications** ,                Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lynda Lawrence** <br> **5113 Green TYree Blvd.** <br> **Midland, TX 79707** | - | | | | | | 16.25 |
| Account No. <br><br> **Lynda Weller** <br> **Box 520943** <br> **Tulsa, OK 74152** | - | | | | | | 3.25 |
| Account No. <br><br> **Lynette Baumgartner** <br> **845 S. 9th Ave** <br> **Brighton, CO 80601** | - | | | | | | 9.75 |
| Account No. <br><br> **Lynette Gonzales** <br> **11715 Oakwood Lane** <br> **Clinton, LA 70722** | - | | | | | | 3.25 |
| Account No. <br><br> **Lynn Caires** <br> **2158 Roosevelt Ave.** <br> **Salt Lake City, UT 84108** | - | | | | | | 3.25 |

Sheet no. __91__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  35.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lynn Giessel** <br> **Box 531** <br> **Johnson, KS 67855** | - | | | | | | 13.00 |
| Account No. <br><br> **Lynn Ludlow** <br> **3215 E. Tallman** <br> **Winnemucca, NV 89445** | - | | | | | | 16.25 |
| Account No. <br><br> **Lynne Faulhaber** <br> **1849 Barnhill Dr** <br> **Mundelein, IL 60060** | - | | | | | | 13.00 |
| Account No. <br><br> **Lynne Kastner** <br> **13705 St. Croix Tr. S** <br> **Hastings, MN 55033** | - | | | | | | 16.25 |
| Account No. <br><br> **Madeline Cicali** <br> **922 S. Woodbourne Rd. #157** <br> **Levittown, PA 19057** | - | | | | | | 3.25 |

Sheet no. __92__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**                                   Case No. _____
                                                    ,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Malinda Carroll 450 Wynonah Dr. Auburn, PA 17922 | - | | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Marcia Lawson 1160 Doneen Lane Grants Pass, OR 97526 | - | | | | | | | 9.75 |
| Account No. | | | | | | | | |
| Margaret Arnold 283 Dassance Rd Newfield, NY 14867 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Margaret Carey 48 Brydon Cras Brampton Ontario Canada | - | | | | | | | 9.75 |
| Account No. | | | | | | | | |
| Mariann White 3707 S. 52nd St Milwaukee, WI 53220 | - | | | | | | | 3.25 |

Sheet no. __93__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      39.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                          ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Marianne Quilez <br> 1548 Spring Valley Common <br> Livermore, CA 94551 | - | | | | | | 13.00 |
| Account No. <br><br> Marianne Warmington <br> 327 W. Washington St <br> Hanson, MA 02341 | - | | | | | | 6.50 |
| Account No. <br><br> Marianne Williams <br> 13426 Herminston Dr. <br> Summerland BC. Canada | - | | | | | | 8.20 |
| Account No. <br><br> Marie Copenhaver <br> 412 W. Van Buren <br> Augusta, MI 49012 | - | | | | | | 3.25 |
| Account No. <br><br> Marigold Ford <br> Box 385 <br> New Caney, TX 77357 | - | | | | | | 19.50 |

Sheet no. __94__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        50.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                    ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Marilyn Gazzillo <br> 17233 Travis Court <br> Princeton Junction, NJ 08550 | - | | | | | | 3.25 |
| Account No. <br><br> Marilyn Kelly <br> 2814 E. 81st St. <br> Tulsa, OK 74137 | - | | | | | | 9.75 |
| Account No. <br><br> Marilyn Luder <br> 2513 Ave. G <br> Bay City, TX 77414 | - | | | | | | 22.75 |
| Account No. <br><br> Marlene Ruhl <br> 6064 Twp Rd 87 <br> Mount Gilead, OH 43338 | - | | | | | | 13.00 |
| Account No. <br><br> Marsha Hawkins <br> 224 Lake Rd <br> Bozrah, CT 06334 | - | | | | | | 0.00 |

Sheet no. __95__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    48.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Marsha Terry 379 E. 1040 N Orem, UT 84057 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Martha Alhouse 2328 Wildwood Rd Chesapeake, VA 23323 | - | | | | | | | 16.25 |
| Account No. | | | | | | | | |
| Martha Buffa 344 Mission Ave Villa Park, IL 60181 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Martha Morehouse 15879 N. Twin Lakes Dr. Tucson, AZ 85739 | - | | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Martha Peters 2455 S. 139th East Ave Tulsa, OK 74134 | - | | | | | | | 13.00 |

Sheet no. __96__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                          ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | | | | | |
| **Marushka Stefanova** **410 E. Diane Dr** **Palatine, IL 60074** | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| **Mary Ann Staples** **6441 Jeffers Rd** **Swanton, OH 43558** | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| **Mary Carden** **305 S Red River** **Mexia, TX 76667** | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| **Mary Coffindaffer** **332 A S. 18th St** **Saint Louis, MO 63118** | - | | | | | | 6.50 |
| Account No. | | | | | | | |
| **Mary Dennis** **5171 Avenue 232** **Tulare, CA 93274** | - | | | | | | 13.00 |

Sheet no. __97__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55.25

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Mary Ellen Warnock <br> 2502 N. 160th St <br> Omaha, NE 68116 | - | | | | | | 6.50 |
| Account No. <br><br> Mary Hadd <br> 309 2nd St. <br> West Des Moines, IA 50265 | - | | | | | | 3.25 |
| Account No. <br><br> Mary Jo Lewandowski <br> 1836 S Wentworth Cr <br> Romeoville, IL 60446 | - | | | | | | 9.75 |
| Account No. <br><br> Mary Lowry <br> 8203 S. Richmond Ave. <br> Tulsa, OK 74137 | - | | | | | | 3.25 |
| Account No. <br><br> Mary O'Halloran <br> 16 Pearl St. <br> Stoneham, MA 02180 | - | | | | | | 9.75 |

Sheet no. __98__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    32.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                          ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mary Paskiewicz**<br>**2016 Otis Ave**<br>**Warren, MI 48091** | | - | | | | | **16.25** |
| Account No.<br><br>**Mary Rhea McMullen**<br>**7011 S. Louiseville Ave**<br>**Tulsa, OK 74136** | | - | | | | | **16.25** |
| Account No.<br><br>**Mary Russo**<br>**34 Lincoln Rd**<br>**Butler, NJ 07405** | | - | | | | | **6.50** |
| Account No.<br><br>**Mary Scialabba**<br>**12 Acacia St.**<br>**Norwalk, CT 06855** | | - | | | | | **6.50** |
| Account No.<br><br>**Mary Stewart**<br>**20 Oak Meadows Lane**<br>**Oakville, WA 98568** | | - | | | | | **16.25** |

Sheet no. __99__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**61.75**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications** _____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Mary Waldron** <br>**1125 E. van Buran** <br>**Cottage Grove, OR 97424** | - | | | | | | 3.25 |
| Account No. <br><br>**MaryJo Belongia** <br>**289 Falcon Ridge Dr** <br>**Burlington, WI 53105** | - | | | | | | 13.00 |
| Account No. <br><br>**Marylin Greene** <br>**Box 6** <br>**Hopkinton, RI 02833** | - | | | | | | 19.50 |
| Account No. <br><br>**Maureen Breyette** <br>**Box 247 Dannemora** <br>**Dannemora, NY 12929** | - | | | | | | 16.25 |
| Account No. <br><br>**Maureen Wagner** <br>**9 Enterprise Dr** <br>**La Salle, IL 61301** | - | | | | | | 13.00 |

Sheet no. __**100**__ of __**144**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **65.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                           ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Meg Tucker**<br>**10924 Sand River Ct**<br>**Davidson, NC 28036** | | - | | | | | | 13.00 |
| Account No. <br><br>**Melanie Reynolds**<br>**309 White Lane**<br>**Bedford, IN 47421** | | - | | | | | | 6.50 |
| Account No. <br><br>**Melissa Cavanaugh**<br>**20868 NW Dorado lane**<br>**Beaverton, OR 97006** | | - | | | | | | 6.50 |
| Account No. <br><br>**Melissa Greenfield**<br>**652 St. Georges Station Rd**<br>**Reisterstown, MD 21136** | | - | | | | | | 16.25 |
| Account No. <br><br>**Melissa Reid**<br>**1632 Hillside Dr**<br>**Mannford, OK 74044** | | - | | | | | | 6.50 |

Sheet no. __101__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                48.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Melissa Simons**<br>**8102 Meadow Pond Dr.**<br>**Missouri City, TX 77459** | - | | | | | | 6.50 |
| Account No.<br><br>**Merchant Services**<br>**Box 6010**<br>**Hagerstown, MD 21741** | - | | collection, notice only | | | | 0.00 |
| Account No.<br><br>**Michele Kranick**<br>**9731 Tuttlehill**<br>**Maybee, MI 48159** | - | | | | | | 9.75 |
| Account No.<br><br>**Michele Stoneking**<br>**1003 51st St**<br>**Moline, IL 61265** | - | | | | | | 13.00 |
| Account No.<br><br>**Michelle Fair**<br>**2149 Se Van Kleff Ave**<br>**Port Saint Lucie, FL 34952** | - | | | | | | 13.00 |

Sheet no. __102__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  42.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                      ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michelle Storts**<br>**26860 US Hwy 33**<br>**Rockbridge, OH 43149** | - | | | | | | 9.75 |
| Account No.<br><br>**Millenium Credit Consultants**<br>**Box 18160**<br>**Saint Paul, MN 55118-0160** | - | | collection for TCF Bank | | | | 137.64 |
| Account No.<br><br>**Mindy Jones**<br>**5500 N. Braeswood #195**<br>**Houston, TX 77096** | - | | | | | | 13.00 |
| Account No.<br><br>**Mindy Kohr**<br>**2589 E. 369th Rd**<br>**Oglesby, IL 61348** | - | | | | | | 9.75 |
| Account No.<br><br>**Mindy Matarazzo**<br>**18 Province St**<br>**Laconia, NH 03246** | - | | | | | | 22.75 |

Sheet no. __**103**__ of __**144**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    192.89

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Miram Hennigan<br>658 Cook Baker Rd<br>Sarepta, LA 71071** | - | | | | | | | 13.00 |
| Account No.<br><br>**Mitzi Woodle-Kidd<br>5024 Moon Shadow Place<br>Las Cruces, NM 88011** | - | | | | | | | 3.25 |
| Account No.<br><br>**MJ Allen<br>7 Edinboro Circle<br>Chalfont, PA 18914** | - | | | | | | | 6.50 |
| Account No.<br><br>**Mona Viator<br>107 Breton Dr<br>Lafayette, LA 70508** | - | | | | | | | 16.25 |
| Account No.<br><br>**Monica Breckenridge<br>6011 N. Wahington<br>Stillwater, OK 74075** | - | | | | | | | 9.75 |

Sheet no. __104__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    48.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                          ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Nadia Calderon 2007 Clover Dr. Monterey Park, CA 91755 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Nadine Todd 117 Mathis st. Bayville, NJ 08721 | - | | | | | | 6.50 |
| Account No. | | | | | | | |
| Nancy Allen 8712 NW 116th Terrace Oklahoma City, OK 73162 | - | | | | | | 6.50 |
| Account No. | | | | | | | |
| Nancy Black Hauptkorn 3937 CR 513 Wildwood, FL 34785 | - | | | | | | 19.50 |
| Account No. | | | | | | | |
| Nancy Chapoton 260c Crestview Dr. Wauconda, IL 60084 | - | | | | | | 3.25 |

Sheet no. __105_ of _144_ sheets attached to Schedule of                                    Subtotal          | 39.00
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**                                                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Nancy Daube 725 7th Ave S Hopkins, MN 55343 | | - | | | | | | 9.75 |
| Account No.  Nancy Franklin 3426 Calwagner Franklin Park, IL 60131 | | - | | | | | | 9.75 |
| Account No.  Nancy Hannah 1319 NW Slate Ln #107 Silverdale, WA 98383 | | - | | | | | | 16.25 |
| Account No.  Nancy Keaton Box 269253 Indianapolis, IN 46226 | | - | | | | | | 3.25 |
| Account No.  Nancy Kilbreth 24510 Oak Grove Ln. #49 Sedalia, MO 65301 | | - | | | | | | 6.50 |

Sheet no. __106__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                45.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Nancy Manon<br>1106 Ave K<br>Sterling, IL 61081 | - | | | | | | | 16.25 |
| Account No.<br><br>Nancy McKee<br>14300 Clinton St #19<br>Garden Grove, CA 92843 | - | | | | | | | 19.50 |
| Account No.<br><br>Nancy Medina<br>3659 N. Narragansett<br>Chicago, IL 60634 | - | | | | | | | 9.75 |
| Account No.<br><br>Nancy Meyers<br>2971 Pennsylvania Ave<br>Charleston, WV 25302 | - | | | | | | | 3.25 |
| Account No.<br><br>Nancy Rogers<br>391 Rankin Dr<br>Burlington Ontario Canada | - | | | | | | | 20.50 |

Sheet no. **107** of **144** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **69.25**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**                                    Case No. _____
                                    ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Nancy Stern-Jude<br>12588 S. Elk Creek Ct<br>Parker, CO 80134 | - | | | | | | 16.25 |
| Account No. <br><br>Nancy Tatge<br>12133 155th St N<br>Marine On Saint Croix, MN 55047 | - | | | | | | 3.25 |
| Account No. <br><br>Nancy Williams<br>507 Drumlin Cove<br>Slinger, WI 53086 | - | | | | | | 13.00 |
| Account No. <br><br>Nancy Wood<br>Box 498<br>League City, TX 77574 | - | | | | | | 6.50 |
| Account No. <br><br>Nicole Anania<br>36683 Meadowbrook Cricle<br>Cumming, IA 50061 | - | | | | | | 9.75 |

Sheet no. __108__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **48.75**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nidia Williams** <br> **4 Hanover Court** <br> **North Dartmouth, MA 02747** | - | | | | | | 16.25 |
| Account No. <br><br> **Norma Sowell** <br> **10960 S. Houston** <br> **Heavener, OK 74937** | - | | | | | | 3.25 |
| Account No. <br><br> **P.B. Biehl** <br> **4336 Crestwood Blvd.** <br> **New Port Richey, FL 34653** | - | | | | | | 13.00 |
| Account No. <br><br> **Paige Moser** <br> **1225 Aster St** <br> **Simi Valley, CA 93063** | - | | | | | | 3.25 |
| Account No. <br><br> **Pam Brewer** <br> **204 E. Park Ave** <br> **Bloomingdale, IL 60108** | - | | | | | | 13.00 |

Sheet no. __109__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                48.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                                    Case No. _____
                                                                          ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Pamela Brase Box 202 Saint Bonifacius, MN 55375 | - | | | | | | | 6.50 |
| Account No. | | | | | | | | |
| Pamela Howard 4020 W. Nashville St Broken Arrow, OK 74012 | - | | | | | | | 16.25 |
| Account No. | | | | | | | | |
| Pamela Jefferson 1118 Paradise Dr Canyon Lake, TX 78133 | - | | | | | | | 9.75 |
| Account No. | | | | | | | | |
| Pamela Lefevour Box 629 Ripon, CA 95366 | - | | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Pamela Mundt 651 S. Courtleigh Wichita, KS 67218 | - | | | | | | | 3.25 |

Sheet no. __110__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          39.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pamela Sunderman** <br> **3719 Rubythroat Dr.** <br> **Columbus, OH 43230** | - | | | | | | 6.50 |
| Account No. <br><br> **Pamela Whitford** <br> **14530 S. Nyssa Pl** <br> **Glenpool, OK 74033** | - | | | | | | 3.25 |
| Account No. <br><br> **Pat Barrett** <br> **5122 Walnut Meadow Rd** <br> **Paint Lick, KY 40461** | - | | | | | | 13.00 |
| Account No. <br><br> **Pat McGuire** <br> **2225 Ogden St.** <br> **Denver, CO 80205** | - | | | | | | 9.75 |
| Account No. <br><br> **Pat Sullivan** <br> **10224 S. Canton Ave** <br> **Tulsa, OK 74137** | - | | | | | | 6.50 |

Sheet no. __111__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **39.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                         ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Pat Wiggam 6732 E. CR 600 South Plainfield, IN 46168 | - | | | | | | | 16.25 |
| Account No. | | | | | | | | |
| Patricia Bartscherer 17 Cramer Path Gansevoort, NY 12831 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Patricia Bresson 188 S. Main St Marlborough, CT 06447 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Patricia Glover 6365 W. Coal Mine Ave Littleton, CO 80123 | - | | | | | | | 9.75 |
| Account No. | | | | | | | | |
| Patricia Guy 1816 E. Princeton Fresno, CA 93703 | - | | | | | | | 13.00 |

Sheet no. __112__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **65.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Patricia Meyer 5181 Springfield Dr. Edwardsville, IL 62025 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Patricia Nesgoda 125 West Ave Ocean City, NJ 08226 | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| Patricia Nudi 1501 Locust St. Unit 1105 Saint Louis, MO 63103 | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| Patrick Lanctot 2716 Middle River West Rd Middle River Canada | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| Patty Barker 121 Riverdale Rd Pompton Lakes, NJ 07442 | - | | | | | | 16.25 |

Sheet no. __113__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                52.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Paula Smith** **Box 1862** **Mannford, OK 74044** | - | | | | | | 16.25 |
| Account No. **Peggy dunn** **9835 Congress Rd** **West Salem, OH 44287** | - | | | | | | 6.50 |
| Account No. **Peggy McDonald** **7461 Descanso Lane** **Las Vegas, NV 89123** | - | | | | | | 13.00 |
| Account No. **Penny Allen** **9 Sunapee St** **Nashua, NH 03063** | - | | | | | | 6.50 |
| Account No. **Penny Graham** **751 Cowan Rd** **Covington, GA 30016** | - | | | | | | 6.50 |

Sheet no. __114__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **48.75**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Penny Hosley**<br>**72103 S 317th Place**<br>**Wagoner, OK 74467** | | - | | | | | | **9.75** |
| Account No.<br><br>**Petra Lattmann**<br>**Vtwin Mama**<br>**8781 Zeeland Dr**<br>**Mobile, AL 36695** | | - | | | | | | **9.75** |
| Account No.<br><br>**Phylis Sturre**<br>**1020 10th Ave NW**<br>**Great Falls, MT 59404** | | - | | | | | | **6.50** |
| Account No.<br><br>**Phyllis Bachand**<br>**6642 W. Bradford Court**<br>**Monee, IL 60449** | | - | | | | | | **13.00** |
| Account No.<br><br>**Rachel Howland**<br>**1007 N. Logan St**<br>**Olathe, KS 66061** | | - | | | | | | **16.25** |

Sheet no. __115__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **55.25**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ragan Jenkins** <br> **Box 884** <br> **Land O Lakes, FL 34639** | - | | | | | | 6.50 |
| Account No. <br><br> **Ramona Dickey** <br> **9502 Dry Sand Dr** <br> **La Porte, TX 77571** | - | | | | | | 13.00 |
| Account No. <br><br> **Randy Johnson** <br> **The Brass Shears** <br> **921 W 12th St** <br> **Port Angeles, WA 98363** | - | | | | | | 6.50 |
| Account No. <br><br> **Raquel Dobek** <br> **6110 W. Cornelia** <br> **Chicago, IL 60634** | - | | | | | | 13.00 |
| Account No. <br><br> **Raul Perez** <br> **6455 S. Kostner** <br> **Chicago, IL 60629** | - | | | | | | 13.00 |

Sheet no. __116__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **52.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Rebecca Conaway 906 Steel Pond Rd. Stockton, MD 21864 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Rebecca Wood 48 Putnam dr Cleveland, GA 30528 | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| Redhead Gadgets V. Foster & L. Reutter 1815 Burtch Rd Grass Lake, MI 49240 | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| Renee Desteno 6411 Birch St Box 72 North Branch, MN 55056 | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| Rhonda Smith Box 16 Readsboro, VT 05350 | - | | | | | | 16.25 |

Sheet no. __117__ of __144__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **55.25**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                              ,     Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. <br><br> **Rhonda Worley** <br> **4811 Georgia** <br> **Kansas City, KS 66104** | - | | | | | | 6.50 |
| Account No. <br><br> **Rita Lowrance** <br> **910 Irongate Ct. NE** <br> **Cleveland, TN 37312** | - | | | | | | 19.50 |
| Account No. <br><br> **Rita Rainwater** <br> **941 Iron Horse Dr** <br> **San Marcos, CA 92078** | - | | | | | | 3.25 |
| Account No. <br><br> **Roadbed Ministries** <br> **5010 S. Division Ave** <br> **Grand Rapids, MI 49548** | - | | | | | | 16.25 |
| Account No. <br><br> **Robin Castania** <br> **152 Wildcat Rd.** <br> **Franklin, NJ 07416** | - | | | | | | 3.25 |

Sheet no. __118__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    48.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**
                                                                    ,        Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. <br><br> Robin Green <br> 9116 Saranee Trail <br> Fort Worth, TX 76116 | - | | | | | | 3.25 |
| Account No. <br><br> Robin Skelley <br> 2020 S. Rockview <br> Perkins, OK 74059 | - | | | | | | 16.25 |
| Account No. <br><br> Robyn Volker <br> 232 E. 6th St 6B <br> New York, NY 10003 | - | | | | | | 3.25 |
| Account No. <br><br> Roch Tranel <br> 1010 Sandstone Dr <br> Libertyville, IL 60048 | - | | | | | | 13.00 |
| Account No. <br><br> Rose Davis <br> 100 Withrod Dr <br> Halifax Nova Scotia Canada | - | | | | | | 8.20 |

Sheet no. __119__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43.95

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications**                                              , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Rose Moore** <br> **2631 S 60th Ct.** <br> **Cicero, IL 60804** | - | | | | | | 13.00 |
| Account No. <br><br> **Rose Pratt** <br> **560 Circle Court South West** <br> **Rochester, MN 55902** | - | | | | | | 6.50 |
| Account No. <br><br> **Rosie Parrillo** <br> **3601 Hempstead Turnpike Suite 500** <br> **Levittown, NY 11756** | - | | | | | | 6.50 |
| Account No. <br><br> **Roy Stanton** <br> **60 Oak Lane** <br> **Gloversville, NY 12078** | - | | | | | | 6.50 |
| Account No. <br><br> **Ruta Skujins** <br> **1708 Irving Ave. S** <br> **Minneapolis, MN 55403** | - | | | | | | 6.50 |

Sheet no. __120__ of __144__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          39.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sally Broce** <br> **3637 Lincoln Rd** <br> **Yuba City, CA 95993** | - | | | | | | 19.50 |
| Account No. <br><br> **Sally Gerard** <br> **134 Sanders Ave** <br> **Schenectady, NY 12302** | - | | | | | | 16.25 |
| Account No. <br><br> **Sally Onstott** <br> **4934 S. 186th East Ave** <br> **Lancaster, TX 75134** | - | | | | | | 13.00 |
| Account No. <br><br> **Sally Stanke** <br> **301 Yerger Dr** <br> **Bozeman, MT 59718** | - | | | | | | 13.00 |
| Account No. <br><br> **Sammye Shipman** <br> **1747 E. 14th Place** <br> **Tulsa, OK 74104** | - | | | | | | 3.25 |

Sheet no. _**121**_ of _**144**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                    ,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sandi Kolehmainen** <br> **974 E. Gardenia** <br> **Madison Heights, MI 48071** | - | | | | | | 13.00 |
| Account No. <br><br> **Sandra Drolet** <br> **2001 Shady Lane** <br> **Big Bear City, CA 92314** | - | | | | | | 13.00 |
| Account No. <br><br> **Sandra Eustis- Brackett** <br> **7 Old Oak Lane** <br> **Gorham, ME 04038** | - | | | | | | 9.75 |
| Account No. <br><br> **Sandra Kocher** <br> **654 Pleasant Valley Rd** <br> **Merlin, OR 97532** | - | | | | | | 6.50 |
| Account No. <br><br> **Sandra Mekuchonis** <br> **6441 Lake Shore dr.** <br> **San Diego, CA 92119** | - | | | | | | 3.25 |

Sheet no. __122__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                45.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                                        ,    Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sandra Morris** <br> **3333 Joyce Dr** <br> **Saint Charles, MO 63301** | - | | | | | | 6.50 |
| Account No. <br><br> **Sandra Scher** <br> **1462 Miracerros loop No** <br> **Santa Fe, NM 87505** | - | | | | | | 13.00 |
| Account No. <br><br> **Sandra Williams** <br> **6346 Beech Lane** <br> **Mays Landing, NJ 08330** | - | | | | | | 9.75 |
| Account No. <br><br> **Sandy Anderson** <br> **100-8560 156 St** <br> **Surrey BC Canada** | - | | | | | | 8.20 |
| Account No. <br><br> **Sandy Light** <br> **11171 Sampson Rd.** <br> **Ossineke, MI 49766** | - | | | | | | 3.25 |

Sheet no. __123__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40.70

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                          ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Sandy Naeher<br>1210 W. Sigwalt St<br>Arlington Heights, IL 60005 | | - | | | | | 6.50 |
| Account No. | | | | | | | |
| Sandy Naeher<br>1210 W. Sigwalt St<br>Arlington Heights, IL 60005 | | - | | | | | 6.50 |
| Account No. | | | | | | | |
| Sandy Zongora<br>1603 Ben Hogan Loop<br>Belen, NM 87002 | | - | | | | | 16.25 |
| Account No. | | | | | | | |
| Sarah Berg<br>2987 S. Superior St.<br>Milwaukee, WI 53207 | | - | | | | | 9.75 |
| Account No. | | | | | | | |
| Shanda Gates<br>3338 State Route 305<br>Southington, OH 44470 | | - | | | | | 6.50 |

Sheet no. __124__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    45.50

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Shannon Cloud 10475 Deerfield Olathe, KS 66061 | - | | | | | | | 6.50 |
| Account No. | | | | | | | | |
| Shantel Bolton 4290 Mary Lynn Dr Millington, TN 38053 | - | | | | | | | 16.25 |
| Account No. | | | | | | | | |
| Shari Parker 6418 Willow Pine Dr Spring, TX 77379 | - | | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Sharla Kurz 5254 E. 130th Way Denver, CO 80241 | - | | | | | | | 6.50 |
| Account No. | | | | | | | | |
| Sharmon Kalio 10810 Orban Rd Grass Lake, MI 49240 | - | | | | | | | 16.25 |

Sheet no. __125__ of __144__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sharon Dolega** <br> **16947 Birwood** <br> **Franklin, MI 48025** | - | | | | | | 6.50 |
| Account No. <br><br> **Sharon Hunt** <br> **2552 E 259th Rd** <br> **Peru, IL 61354** | - | | | | | | 9.75 |
| Account No. <br><br> **Sheila Steen** <br> **8200 Highway 105** <br> **Guthrie, OK 73044** | - | | | | | | 16.25 |
| Account No. <br><br> **Shelley Thorkelson** <br> **5661 E. Grandview St** <br> **Mesa, AZ 85205** | - | | | | | | 9.75 |
| Account No. <br><br> **Shelly Brady** <br> **3019 Wood Duck Ave** <br> **Juneau, AK 99801** | - | | | | | | 3.25 |

Sheet no. __126__ of __144__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          45.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Shelly Gowin** <br> **1776 S Palo Verde Apt N 103** <br> **Tucson, AZ 85713** | - | | | | | | 6.50 |
| Account No. <br><br> **Shelly Mesik** <br> **715 Laura Lane** <br> **Coal City, IL 60416** | - | | | | | | 3.25 |
| Account No. <br><br> **Sheri Harvey** <br> **4882 Genesee Rd.** <br> **Lapeer, MI 48446** | - | | | | | | 3.25 |
| Account No. <br><br> **Sheri Koch** <br> **W 280 3287 Townline Rd** <br> **Waukesha, WI 53189** | - | | | | | | 13.00 |
| Account No. <br><br> **Sherly Raffensberger** <br> **Box 862** <br> **Fruitland Park, FL 34731** | - | | | | | | 6.50 |

Sheet no. __127_ of __144_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          32.50

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Sheron Smith 930 Tatnail St Macon, GA 31201 | | - | | | | | | 13.00 |
| Account No.  Sherri Frazier 925 11th Ave S Clinton, IA 52732 | | - | | | | | | 13.00 |
| Account No.  Sherri Van Diest Box 551 Quincy, WA 98848 | | - | | | | | | 13.00 |
| Account No.  Sherry Tracey 4086 E. 237th Rd Sheridan, IL 60551 | | - | | | | | | 9.75 |
| Account No.  Shirley Bennett Box 117 Tuskahoma, OK 74574 | | - | | | | | | 3.25 |

Sheet no. __128__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 52.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Rainy Day Publications** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Shirley Garland**<br>**31801 Driver Rd**<br>**Tangent, OR 97389** | - | | | | | | **13.00** |
| Account No.<br><br>**Shirley Gotzenberg**<br>**Box 806**<br>**Lebec, CA 93243** | - | | | | | | **13.00** |
| Account No.<br><br>**Shirley Sawko**<br>**160 Sycamore St Box 55**<br>**Adena, OH 43901** | - | | | | | | **3.25** |
| Account No.<br><br>**Signature Press**<br>**Box 274**<br>**3261 County Rd. Q**<br>**Amherst Junction, WI 54407** | - | | | | | | **6,426.38** |
| Account No.<br><br>**Sonja Sparks**<br>**Box 1391**<br>**Rawlins, WY 82301** | - | | | | | | **19.50** |

Sheet no. __129__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **6,475.13**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sonya Childs** <br> **129 14th Ave S** <br> **Great Falls, MT 59405** | - | | | | | | | 13.00 |
| Account No. <br><br> **Staci Tribelhorn** <br> **45 Estes St. N** <br> **Denver, CO 80226** | - | | | | | | | 3.25 |
| Account No. <br><br> **Stephaine Gibbons** <br> **14 May St.** <br> **Edison, NJ 08837** | - | | | | | | | 9.75 |
| Account No. <br><br> **Sue Anne Berger** <br> **6372 Annapurna Dr** <br> **Evergreen, CO 80439** | - | | | | | | | 29.25 |
| Account No. <br><br> **Sue Buchany** <br> **2516 168th Pine** <br> **Marysville, WA 98271** | - | | | | | | | 9.75 |

Sheet no. __130_ of __144_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           65.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                                  ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Sue Fouke 29420 NW 169th Dr Gainesville, FL 32605 | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| Sue Seppi 4080 Guilford Dr Springfield, IL 62707 | - | | | | | | 6.50 |
| Account No. | | | | | | | |
| Sue Watson 5069 Centerville Rd. Poplar Grove, IL 61065 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Susan & Guy Keast 46005 Hamilton Terr Rantoul, KS 66079 | - | | | | | | 6.50 |
| Account No. | | | Trade debt | | | | |
| Susan Beail 12 Scotsmeadow Gainesville, TX 76240 | - | | | | | | 3.25 |

Sheet no. __131_ of _144_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29.25

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                    , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Susan Birks 104 Bobbi's Terrace New Egypt, NJ 08533 | - | | | | | | 13.00 |
| Account No. Susan Bithell Box 187 Mercer Island, WA 98040 | - | | | | | | 22.75 |
| Account No. Susan Bristol 900 W. Church St Sheridan, IL 60551 | - | | | | | | 9.75 |
| Account No. Susan Delaney Box 460426 Denver, CO 80246 | - | | | | | | 16.25 |
| Account No. Susan Glanville 9385 South Hill Boston, NY 14025 | - | | | | | | 3.25 |

Sheet no. __132_ of __144_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         65.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                                  Case No. _____
                                                            ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Susan Herskovits 7938 West Mary Jane Lane Peoria, AZ 85382 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Susan Johnson 3242 NE 31 Ave Ocala, FL 34479 | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| Susan Kavenugh 314 Berks St. Easton, PA 18045 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Susan Kelley 8411 58th Ave College Park, MD 20740 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Susan Ludwig 8618 State Hwy CC Jackson, MO 63755 | - | | | | | | 16.25 |

Sheet no. __133__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            39.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Susan Roberts 5433 Keele St Jackson, MS 39206 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Susan Snyder 52 Morton Ave Newport, RI 02840 | - | | | | | | | 16.25 |
| Account No. | | | | | | | | |
| Susan Urban 234 Oakland Baytown, TX 77520 | - | | | | | | | 6.50 |
| Account No. | | | | | | | | |
| Suzanne  Mohme 108 Paintbrush Lane Bastrop, TX 78602 | - | | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Suzanne Oldt 9909 SW 83rd WAy Gainesville, FL 32608 | - | | | | | | | 13.00 |

Sheet no. __134_ of __144_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **61.75**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rainy Day Publications**                                          ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| T. Olson<br>1303 S. Church St<br>Lombard, IL 60148 | - | | | | | | 16.25 |
| Account No. | | | | | | | |
| Tambra Martin<br>24920 Runyard way E<br>Trevor, WI 53179 | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| Tami Graybill<br>2111 CR 432<br>Taylor, TX 76574 | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| Tayana Pannell<br>515 Glacier Heights Rd<br>Youngstown, OH 44509 | - | | | | | | 13.00 |
| Account No. | | | | | | | |
| Tayleur Raney<br>625 Tumbleweed Dr<br>Brighton, CO 80601 | - | | | | | | 13.00 |

Sheet no. __135_ of __144_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                61.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                        ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**tedi Lockmiller**<br>**7735 Antioch dr**<br>**New Port Richey, FL 34655** | - | | | | | | **6.50** |
| Account No.<br><br>**Tennile Selver**<br>**8124 Prince Edward Cres**<br>**Prince George BC Canada** | - | | | | | | **20.50** |
| Account No.<br><br>**Teresa Burgan**<br>**496 E. 1150 South**<br>**Kokomo, IN 46901** | - | | | | | | **26.00** |
| Account No.<br><br>**Teresa Hubbard**<br>**116 E. Pointe Circle**<br>**Kathleen, GA 31047** | - | | | | | | **6.50** |
| Account No.<br><br>**Teresa Johnson**<br>**16432 239th Ave SE**<br>**Issaquah, WA 98027** | - | | | | | | **6.50** |

Sheet no. __136__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **66.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**
_____,     Case No. _____
                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Teresa Morgan** <br> **Route 1 Box 362** <br> **Palacios, TX 77465** | | - | | | | | 3.25 |
| Account No. <br><br> **Teressa Johnson** <br> **5285 Ridge Parkway** <br> **Erie, PA 16510** | | - | | | | | 9.75 |
| Account No. <br><br> **Teresa Story** <br> **110 Puppy Chase** <br> **Social Circle, GA 30025** | | - | | | | | 6.50 |
| Account No. <br><br> **Terri Franke** <br> **1336 S. Florence Ave.** <br> **Tulsa, OK 74104** | | - | | | | | 3.25 |
| Account No. <br><br> **Terri Wood** <br> **27825 N. Lakeview Circle** <br> **Wauconda, IL 60084** | | - | | | | | 3.25 |

Sheet no. __137_ of __144_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          26.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications** ,                              Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Terry Gaumer 19406 223rd St Tonganoxie, KS 66086 | - | | | | | | 6.50 |
| Account No. | | | | | | | |
| Terry Jacobs South Coast Security 4059 Oceanside Blvd. Suite F Oceanside, CA 92056 | - | | | | | | 16.25 |
| Account No. | | | | | | | |
| Terry Jan Kelly 57410 Warren Way Yucca Valley, CA 92284 | - | | | | | | 3.25 |
| Account No. | | | | | | | |
| Theresa Bauer 978 E. 300 N. Rd Cissna Park, IL 60924 | - | | | | | | 9.75 |
| Account No. | | | | | | | |
| Theresa West 11784 Roberto Dr Biloxi, MS 39532 | - | | | | | | 9.75 |

Sheet no. __138_ of _144_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      45.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rainy Day Publications**                                                              Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Toni Werner 85565 490th Ave Chambers, NE 68725 | | - | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Tori Hickerson 812 S. 10th St Independence, OR 97351 | | - | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Tracey Cramer 959 236th Ave NM Saint Francis, MN 55070 | | - | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Tracey Fuller 9922 Rt 28 N Brockway, PA 15824 | | - | | | | | | 13.00 |
| Account No. | | | | | | | | |
| Tracey Lincoln 29 Osceola Ave Coventry, RI 02816 | | - | | | | | | 9.75 |

Sheet no. __139__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    52.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Traci Dillard** **4803 Danny Lane** **Dayton, TX 77535** | - | | | | | | 6.50 |
| Account No. | | | | | | | |
| **Tracy Salava** **715 Harriet St** **Clay Center, KS 67432** | - | | | | | | 3.25 |
| Account No. | | | collection, notice only | | | | |
| **Transworld Systems** **100 E. Kimberly Rd. Suite 302** **Davenport, IA 52806** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Trudy Schuyler** **20 Haworth Court** **Rehoboth Beach, DE 19971** | - | | | | | | 6.50 |
| Account No. | | | | | | | |
| **Vallie Metro** **3937 Swaffer Rd** **Millington, MI 48746** | - | | | | | | 13.00 |

Sheet no. __140__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **29.25**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | service | | | | |
| Verizon Wireless Box 9688 Mission Hills, CA 91346 | - | | | | | | | 294.62 |
| Account No. | | | | | | | | |
| Vicki Hooten 141 Southcreek Dr Nicholasville, KY 40356 | - | | | | | | | 16.25 |
| Account No. | | | | | | | | |
| Vicki Noonan 1175 Musket Dr. Saint Charles, MO 63304 | - | | | | | | | 9.75 |
| Account No. | | | | | | | | |
| Vickie Davis 3913 W. Highway 86 Lampe, MO 65681 | - | | | | | | | 3.25 |
| Account No. | | | | | | | | |
| Vickie Gentry Box 3080 South Padre Island, TX 78597 | - | | | | | | | 3.25 |

Sheet no.  _141_ of _144_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

327.12

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                                    ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Vickye Cunningham**<br>**2802 Clearbrook St.**<br>**Memphis, TN 38118** | - | | | | | | 3.25 |
| Account No.<br><br>**Vida Reich**<br>**1925 Nicols Landing Way**<br>**Dacula, GA 30019** | - | | | | | | 19.50 |
| Account No.<br><br>**Vikki Thieband**<br>**Box 70435**<br>**Odessa, TX 79769** | - | | | | | | 13.00 |
| Account No.<br><br>**Vince Winkel**<br>**509a Old State Rd**<br>**Ballwin, MO 63021** | - | | | | | | 3.25 |
| Account No.<br><br>**Virginia Phillips**<br>**5500 Foxhill Rd**<br>**Kansas City, MO 64152** | - | | | | | | 6.50 |

Sheet no. __142__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        45.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                              ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Virginia Porter**<br>**981 Thorndyke Rd**<br>**Port Ludlow, WA 98365** | - | | | | | | 19.50 |
| Account No.<br><br>**Wayne Leonardi**<br>**471 Miller Rd**<br>**Barrington, IL 60010** | - | | | | | | 13.00 |
| Account No.<br><br>**Wendy Redd**<br>**304 S. Leighton St**<br>**Kenton, OH 43326** | - | | | | | | 26.00 |
| Account No.<br><br>**WIMA SA**<br>**Box 172**<br>**Ingle Farm**<br>**South Australia, Australia** | - | | | | | | 29.25 |
| Account No.<br><br>**Wynona Clark**<br>**2020 S. Rockview Dr**<br>**Perkins, OK 74059** | - | | | | | | 16.25 |

Sheet no. __143__ of __144__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**104.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rainy Day Publications**                                            ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Xia Yang**<br>**10511 Sageyork Dr**<br>**Houston, TX 77089** | | - | | | | | | **13.00** |
| Account No.<br><br>**Yolanda Torres**<br>**4231 Wayne**<br>**Kansas City, MO 64110** | | - | | | | | | **13.00** |
| Account No.<br><br>**Yvonne Dailey**<br>**13007 Broadmeade Ave.**<br>**Austin, TX 78729** | | - | | | | | | **3.25** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __144__ of __144__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **29.25** |
| Total<br>(Report on Summary of Schedules) | | **15,002.54** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

.

In re    **Rainy Day Publications**                                  ,    Case No. _____

                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Rainy Day Publications**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Rainy Day Publications**                                          Case No. _____

Debtor(s)                    Chapter   **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**155**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 18, 2008** _____     Signature   **/s/ Renate Nietzold** _____

**Renate Nietzold**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Rainy Day Publications**

_____

Debtor(s)

Case No. _____

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$29,354.00** | **2008 income** |
| **$47,473.00** | **2007 income** |
| **$51,630.00** | **2006 income** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Signature Press** | 5/08  $2000.00 | | |
| **Box 274** | 6/08  $1000.00 | **$3,000.00** | **$6,426.00** |
| **Amherst Junction, WI 54407** | | | |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David H. Carter** **One Court Place Suite 401** **Rockford, IL 61101** | | **$1,500.00** |

4

**10. Other transfers**

None
■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

5

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF |  |  |
| GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

6

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---|---|---|---|
| **Biker Alley Magazine** | | **1538 Pier Dr. Davis, IL 61019** | **magazine** | **4/2000 - 6/30/08** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                      ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED
**Eric Fernandez
895 W. Main St.
Dundee, IL 60118**

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                           ADDRESS                           DATES SERVICES RENDERED

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                               ADDRESS
**Renate Nietzold**                                               **1538 Pier Dr.
Davis, IL 61019**

7

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS          DATE ISSUED

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

         DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY         INVENTORY SUPERVISOR         (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY         RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST         PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

         NATURE AND PERCENTAGE
NAME AND ADDRESS          TITLE         OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME          ADDRESS         DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS          TITLE         DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                   AMOUNT OF MONEY
OF RECIPIENT,          DATE AND PURPOSE         OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR          OF WITHDRAWAL         VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

8

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **November 18, 2008**                    Signature  **/s/ Renate Nietzold**
                                                                  **Renate Nietzold**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Rainy Day Publications**

_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................  $   _____**1,500.00**

Prior to the filing of this statement I have received........................................  $   _____**1,500.00**

Balance Due.............................................................................  $   _____**0.00**

2.   $ ___**299.00**___ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify):

4.   The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify):

5.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
   **Exemption planning; filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 18, 2008**
_____

**/s/ David H. Carter**
**David H. Carter  6204782**
**David H. Carter**
**One Court Place Suite 401**
**Rockford, IL 61101**
**815-966-6673  Fax: 815-966-6674**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Rainy Day Publications**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **722**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **November 18, 2008**

**/s/ Renate Nietzold**

**Renate Nietzold**/
Signer/Title

Abigail DeLoache
86 Enfield Center Rd. East
Ithaca, NY 14850


Aleta Klicko
13 Wirth Court
Madison, WI 53704


Alexx LeVasseur
1021 Wiley Bridge Rd.
Woodstock, GA 30188


Alice Meyer
1505 Rancho Domingguez Rd
Denton, TX 76210


Alicia McCarty
166 Maple St.
Logan, OH 43138


Alicia Pennick
15 Short Lane Dr
Etters, PA 17319


Alicia Totty
7508 Dry Creek Trail
Vacaville, CA 95688


Alisa Sanders
5679 Redwood Ave
Portage, IN 46368


Allison Coon
3521 E. Dry Fork Rd
Imperial, MO 63052


Amanda Brown
13325 SW 110th Ave
Portland, OR 97223


Amanda Hopkins
446 Littleton Trail
Elgin, IL 60120

Amy West
4785 Shawnee Terr
Wellsville, KS 66092


Andrea Bowen
155 Banks Hollar
Bradford, AR 72020


Angela Graves
126 Enden Ave
Shelbyville, TN 37160


Anita Broughton
1141 Arden Drive
Encinitas, CA 92024


Ann House
Box 411
Johnson City, TX 78636


Anna Anton
212 Country Club Lane
Altoona, WI 54720


Anne Holohan
170 Lockland Ave
Framingham, MA 01701


Anne Roussel
3604 Fawn Court
Suffolk, VA 23435


Anne Solari
2444 Dundee Dr
Ann Arbor, MI 48103


Anne White
1709 Walking Sky Rd
Edmond, OK 73013


Annette Bader
2308 W. Dale St
Colorado Springs, CO 80904

Annette Morrow
200 Greene 608 Road
Beech Grove, AR 72412


Ardyth Jeszenka
Box 6946
Great Falls, MT 59406


Ariel Anderson
2322 Chevy Chase Blvd.
Kalamazoo, MI 49008


Arnie Norris
1505 Speechley
Berkeley, IL 60163


Audrey Phoomahal
36 Blair Dr
Coram, NY 11727


B. Campion
88 S. First St
Gurnee, IL 60031


Barb Dybowski
119 Green Meadow Dr
Glendale Heights, IL 60139


Barb Miles
440 McKinley Ave
Newcomerstown, OH 43832


Barb Pezzulo
24555 Royalton Rd
Columbia Station, OH 44028


Barbara Bryan
5101 W. Vista Circle
Lincoln, NE 68522


Barbara Groen
32953 Grennada St
Livonia, MI 48154

Barbara Kull
5602 285th Ave
Isanti, MN 55040


Barbara Naeher
1210 W. Sigwalt St
Arlington Heights, IL 60005


Barbara Oliver
1161 Martin Manor Place
Florissant, MO 63031


Barbara Orthman
1301 Short Pine RD
Ladson, SC 29456


Barbara Patrick
4308 San Diego St.
North Las Vegas, NV 89032


Barbara Shimer
1117 Manor Rd
Coatesville, PA 19320


Barbara Siager
241 Valley Forge Ave
South Elgin, IL 60177


Becca Price
20990 cook Rd
Tomball, TX 77377


Becky Etheridge
615 Highway 80
Dry Branch, GA 31020


Becky Grimes
4323 Gaudet Rd
Louisville, KY 40299


Becky Kress
5506 Thelen Ave
Mchenry, IL 60050

Becky McCarley
17204 Misty Lake Point
New Caney, TX 77357

Belinda Baker
Ellison High School Library
909 Elms Rd
Killeen, TX 76542

Beth Hasty
7011 W. Parmer Lane #921
Austin, TX 78729

Beth Lundberg
17 Burnap Brook RD.
Andover, CT 06232

Beth McCalla
803 Bouy Rd
Houston, TX 77062

Beth Mettle
887 Shoeshone Ave
Akron, OH 44305

Beth Ohlson
3541 N. Nottingham Ave
Chicago, IL 60634

Beth Stivala
616 Inglefield Dr.
Pittsburgh, PA 15236

Bethany Buisker
1656 E. Town Hall Rd.
Freeport, IL 61032

Betty Fauls
5057 Bermuda Circle
Orlando, FL 32808

Betty Haun
13 Driftwood Ct
Springfield, TN 37172

Betty Woods
4215 Apache Dr
Mount Vernon, WA 98273


Beverley Betz
2031 Richardson Rd
Amboy, IL 61310


Beverly Meier
5002 St. Road 97
Athens, WI 54411


Bobbie Craft
6760 Opal Ave
Cocoa, FL 32926


Bobbye Smith
Box 2414
Yadkinville, NC 27055


Bonnie Cousins
30 N. Westmore Ave
Lombard, IL 60148


Brenda Coleman
200 McAfee DR.
Valparaiso, IN 46383


Brenda Jones
1314 Burke Rd
Clinton, NC 28328


Brenda Lauzier
201 Spencer Hill Rd
Winsted, CT 06098


Bryce Slabaugh
1606 Atchison
Whiting, IN 46394


Bunny St. Clair
1496 Q Hwy 20 East
Colville, WA 99114

Camille Bonanno
58-38 78th st
Middle Village, NY 11379


Candace Brown
Browns Custom Jewerly
5103 W Goshen
Visalia, CA 93291


Candy Lockhart
6023 Ave S #146
Galveston, TX 77551


Capital One
Box 6492
Carol Stream, IL 60197


Caren King
3500 Brentwood Way
Van Buren, AR 72956


Carla Christensen
852 E. Stonebridge Court
Palatine, IL 60074


Carla Dusek
9122 W. 140th St NE
Orland Park, IL 60462


Carla Hoskey
1004 Morton Ave
Des Moines, IA 50316


Carmen Sanchez
1430 SW 93 Ct
Miami, FL 33174


Carol Anderson
720 E. Worth Ave #91
Porterville, CA 93257


Carol Dail
1025 Sippel Dr
Chesapeake, VA 23320

Carol Fina
15766 Ave 327
Ivanhoe, CA 93235


Carol Foley
2450 Valkaria Rd
Malabar, FL 32950


Carol Grayless Morris
21 Western dr
Silver City, NM 88061


Carol Horen
1102 Moffat Cycle
Colorado Springs, CO 80915


Carol King
3342 W. Louisville
Tulsa, OK 74135


Carol McPherson
105 Georgine St
Crystal Lake, IL 60014


Carol Redford
4615 E. 56th Place
Tulsa, OK 74135


Carol Turner
698 SW 140 Ave
Ocala, FL 34481


Carol Vanderpool
225 E. jackson
Sedalia, MO 65301


Carole Pavlis
1812 Azurite Trail
Plano, TX 75075


Carole Sampsel
3708 53rd St
Sacramento, CA 95820

Carolyn Emerson
Box 70
Strathmore, CA 93267


Carolyn Payton
4852 County Line RD
Electra, TX 76360


Carrie Ellingson
1713 Shellbach Dr
Lincoln, CA 95648


Caryl Edwards
540 W. Ronald Dr
Addison, IL 60101


Cat Audi
600 E. Holland Apt. C
Washington, IL 61571


Cat Flaherty
33766 Road 204
Woodlake, CA 93286


Catherine Darves
3337 West Fifth Ave
Belle, WV 25015


Catherine Eidson
10627 St. Francis Lane
Saint Ann, MO 63074


Catherine Walsh
550 Beach Rd
Mahopac, NY 10541


Cathy Eberle
Box 526
Durand, IL 61024


Cathy Lachman
804 Bass Circle
Lafayette, CO 80026

Cathy Mataro
67 Hawthorne Dr
Cleveland, GA 30528


Cathy Whaley
1517 W. Reiche Lane
Mchenry, IL 60051


Chandra Jones
7110 Brighton Park Dr. Suite 400
Charlotte, NC 28227


Charlene Campbell
9853 Kittywood Dr
Cincinnati, OH 45252


Charmine Royalty
10221 W. Camden Ave
Sun City, AZ 85351


Cheri Wright
1102 W. Lindsay
Sulphur, OK 73086


Cheri Wright
1102 W. Lindsay
Sulphur, OK 73086


Cherie Dozier
106a Scott St
Tellico Plains, TN 37385


Cherie Price
2260 Pine Tree Rd
Holt, MI 48842


Cheryl Barrera
584 Gaslight Dr
Algonquin, IL 60102


Cheryl Dupree
Box 295
Youngsville, LA 70592

Cheryl Girard
2423 W. 3rd
Sioux City, IA 51103


Cheryl Graham
264 Hickory Hollow Dr S
Jacksonville, FL 32225


Cheryl Jordan
305 Barbara Parkway
Washington, IL 61571


Cheryl Knollenberg
11030 Norway St. NW
Minneapolis, MN 55448


Cheryl Pavell
3033 Camino Graciosa
Thousand Oaks, CA 91360


Chris Danley
1219 High St.
Williamsport, PA 17701


Chris Erickson
N7319 Sunset Circle Dr
Sheboygan, WI 53083


Chris Witek
9379 Salem
Redford, MI 48239


Christie Risty
3700 S. Westport Ave. #886
Sioux Falls, SD 57106


Christina Hansen
54 Walter DR
Jackson, NJ 08527


Christine Hilton
126 Seton Ct
Streamwood, IL 60107

Christine Steger
N8516 Lone Rd
Theresa, WI 53091

Christine Wuff
4201 Main St. #291
Columbia, SC 29203

Cindi Servante
1419 Grand Ave
Novato, CA 94945

Cindy Bothwell
569 SW 601
Centerview, MO 64019

Cindy Connally
1301 E. County Rd 145
Midland, TX 79706

Cindy Dehne
24501 N. Western
Edmond, OK 73003

Cindy Hairr
4083 Storey Dr
Lake Park, GA 31636

Cindy Johnson
1361 Fox Chase Rd
Bartlett, IL 60103

Cindy Kenward
1415 Hampton Hill Dr
Alpharetta, GA 30022

Cindy Volker
3034 Fleetwood Ave
Baltimore, MD 21214

Cindy Wigfield
7555 Alburtis Rd
Macungie, PA 18062

Colleen Johnson
1096 Highland Ave
Lincoln Park, MI 48146


Colleen Kirk
6041 Shephard Rd
Brown City, MI 48416


Connie Heflin
2425 Old Montezuma RD.
Henderson, TN 38340


Connie Street
Box 856
Clyde, TX 79510


Crystal Morton
8905 A Leo St
El Paso, TX 79904


Cyndy Allert
30907 Witteman Rd
Conifer, CO 80433


Cyndy Close
5207 E. 93rd St
Tulsa, OK 74137


Cynthia Black
4130 Ryan Ave
Billings, MT 59101


Cynthia Cole
6360 L South 80th East Ave
Tulsa, OK 74133


D' Carpenter
11357 Lobouy Rd
Pass Christian, MS 39571


D. Hotkevich
1106 Kensington Dr
Washington, IL 61571

Dana Gilkerson
782 W. Morgan
Bolivar, MO 65613

Dana Kruise
118 N 7th St.
Delavan, WI 53115

Darla Ruiz
6175 Habitat Dr #1071
Boulder, CO 80301

Darlene Baran
8156 S. Normandy
Burbank, IL 60459

Darlene Foster
604 4th St SE
Dodge Center, MN 55927

Darlene Storms
620 Andall St
Circle Pines, MN 55014

Davelyn Dyer
Box 1042
Clarkesville, GA 30523

Dawn Burkey
830 E. Southrange Rd.
North Lima, OH 44452

Dawn Larocca
1238 Belladonna St
Mays Landing, NJ 08330

Dawn Tevepaugh
843 Turning Pt. Lane
Concord, NC 28027

Dawn Underwood
2347 Los Feliz St
Las Vegas, NV 89156

Deana Ferguson
3916 Keeley Dr
Nashville, TN 37211


Deb Allen
6555 Streams End Dr
Canal Winchester, OH 43110


Deb Carty
23111 Entwhistle Rd Apt. B-2
Buckley, WA 98321


Deb Scheib
401 N. Timberline Rd #114
Fort Collins, CO 80524


Deb Weaver
100 Quail Run
North Platte, NE 69101


Debbie Curtis
370 16th Ave
Brick, NJ 08724


Debbie Mason
105 Hamilton Rd
Lexington, NC 27295


Debbie Olso
2432 S. Sweet Gum Ave
Broken Arrow, OK 74012


Deborah Buckner
30 Atlantic Dr.
Palm Coast, FL 32137


Deborah Jaskula
3330 S. Austin Blvd
Cicero, IL 60804


Deborah Lunde
Box 189
Cooperstown, ND 58425

Deborah Outman
450 S. Gold Dr.
Apache Junction, AZ 85220


Deborah Speicher
5465 Friarsway Dr
Tampa, FL 33624


Deborah Twiford
Box 992
Goldthwaite, TX 76844


Debra Eddy
938 Colonal Ledyard Hwy
Ledyard, CT 06339


Dede Clinch
1611 Locust St. Suite 201
Saint Louis, MO 63103


Delaine Adkins
285 Park meadows Dr
Yellow Springs, OH 45387


Della Freudeman
8638 Elmfield Ave NW
Canal Fulton, OH 44614


Deloris Hansen
45 Dent Rd
Stafford, VA 22554


Denise Carey
303 Crystal
League City, TX 77573


Denise Cauley
6035 N. Weslynn Dr
Macon, GA 31211


Denise Davis
502 W. Palm dr.
Lakeland, FL 33803

Denise DePresca
37 Hawthorne Dr
Neptune, NJ 07753

Denise Harchuck
90175 Lakeview Dr
Eugene, OR 97402

Denise Howard
26 Chapel Glen Dr.
Hamburg, NY 14075

Denise Kaptain
350 Loyola Dr. Unit C
Elgin, IL 60123

Denise Maple
1141 W. Washington Blvd #236
Chicago, IL 60607

Denise Semidey
Box 336
Summitville, NY 12781

Deonna Mize
2230 N. Louiseville Ave
Tulsa, OK 74115

Dequietter May
732 Paris St.
Opelousas, LA 70570

Devon Murphy-Peterson
2832 W. Ave
Waukee, IA 50263

Diane Ainsworth
606 Gatewood Dr
Twin Lakes, WI 53181

Diane Frick
515 N. Ramunno dr
Middletown, DE 19709

Diane Gonzalez
143 Coleman Rd
Goshen, NY 10924


Diane Hesley
557 Launch Ave
Somers Point, NJ 08244


Diane Holly
500 W. 53rd #90
Texarkana, TX 75503


Diane Jahn
3608 Yvonne Dr
Stevens Point, WI 54481


Diane Morales
14414 Allwood Dr
San Antonio, TX 78233


Diane Pataki
8 Virgil Ct.
Irvine, CA 92617


Diane Robinette
421 Cedar Dr
Lanoka Harbor, NJ 08734


Diann Perkins
4632 Conley
Goldthwaite, TX 76844


Dianna Kimpel
6130 Rose Hill Rd.
Roseville, OH 43777


Dianne Fox
8402 Pinnacle Dr
Frisco, TX 75034


Dianne Maguire
280 Molasses Hill Rd
Bernville, PA 19506

Dianne Ramsey
6207 S. 120th East Ave
Broken Arrow, OK 74012

Dianon Systems
1316 S. Mebahe ST.
Burlington, NC 27215

Dionanda Burnash
5381 Hopkins RD.
Flint, MI 48506

Diva Customs
501 Virginia Blvd
Virginia Beach, VA 23451

Dixie Callahen
Box 1450
Ferndale, CA 95536

Dixie Lee Vaughn
416 N. Waterway Dr
Satellite Beach, FL 32937

DJ Chenier
28 Owens Dr. Unit 8
Swanzey, NH 03446

Donna Castle
5467 N. Normandy
Chicago, IL 60656

Donna Chalfant
223 Oakmont Dr
Hampstead, NC 28443

Donna Closson
11418 State Route 161
Mechanicsburg, OH 43044

Donna Duvalle
4243 Maplewood Rd.
Two Rivers, WI 54241

Donna Foster
138 S. East St
Box 146
Bradner, OH 43406


Donna Irizarry
223 Columbus Dr
Franklin Park, NJ 08823


Donna Miller
9 Howard St
Norwood, VA 24581


Donna Palladino
Ride Like A pro
12702 Split Oak Dr
Hudson, FL 34667


Donna Papini
194 Lincoln Ave
Athol, MA 01331


Donna Ratcliff
468 W. Beechdale
Commerce Township, MI 48382


Donna Schott
1777 Crystal Lane #307
Mount Prospect, IL 60056


Donna Smith
844 N. Vermon Ave #2
Azusa, CA 91702


Donna Treiber
22 Unionville Ave
Sussex, NJ 07461


Donna Wilson
1819 Turkey Chase
San Antonio, TX 78264


Donnita Yoder
922 W macArthur
Bloomington, IL 61701

Doris Lake
849 Oriole Dr
Saint Paul, MN 55124


Doris Stout
130 Greenwood Ave
Lakeview, AR 72642


Dorma Robison
Box 253
Augusta, IL 62311


Dorothy Tolliver
5004 Secota Lane
Colorado Springs, CO 80917


Druanne Cryer
N 546 Buckingham Rd
Fort Atkinson, WI 53538


Elaine Garley
4201 Abbott Ave
Minneapolis, MN 55410


Elaine Winters
12473 Serene Dr
Durand, IL 61024


Elizabeth Fox
413 Norris Canyon Terrace
San Ramon, CA 94583


Elizabeth Hoover
5843 Pardise Point Dr
Miami, FL 33157


Elizabeth Jones
3010 N. Atlantic Ave #C
Cocoa Beach, FL 32931


Elizabeth Williams
340 NW Oakcrest Dr.
Kansas City, MO 64151

Elizebeth Kania
Box 2099
Flagler Beach, FL 32136


Elleen Robbins
7715 Colley Rd
Odessa, FL 33556


Ellen Taylor
11361 Aegean Terrace
Woodbridge, VA 22192


Emily Fisher
10849 Claxton Rd
Falcon, MO 65470


Emily McAllister
3063 Stokes Store Rd
Forsyth, GA 31029


Eric Fernandez
895 West Main St
Dundee, IL 60118


Estella Melchert
2241 Overlook Rd
Augusta, GA 30906


Evelyn  Samples
4338 State Rd
Akron, OH 44319


Evelyn Alsup
Box 903
Skiatook, OK 74070


First Data
Box 5180
Simi Valley, CA 93062


Florence Collins
6055 River Forest Dr.
Manassas, VA 20112

Fran Maze
4610 46th Ave North
Saint Petersburg, FL 33714


Fran Nosek
329 Glen Dr
Shirley, NY 11967


G.M. Schmitt
Box 435
Emigrant, MT 59027


Gail Georgalas
348 Stanton Court
Round Lake, IL 60073


Gale Briggs
10470 Hwy 78 E
Summerville, SC 29483


Gale Hernandez
2306 Mustang Lane
Rosharon, TX 77583


General Libary
Denvers Women Corr. Center
Box 39200
Denver, CO 80239


George Ann Mayne
1402 S. Navajo Lane
Coolidge, AZ 85228


Georgia Hichman
2311 Longleaf Pines
Kingwood, TX 77339


Georgia Mendes
5084 Kapp Lane
Woodbridge, VA 22193


Geradine Wynn
761 Will Scarlet Way
Macon, GA 31220

Gigi Beaird
205 Main St.
Rochelle, IL 61068


Gigi Kelly
3219 L. Calf Pasture Hwy
Craigsville, VA 24430


Ginger Gossett
3072 Meadowvale Way
Grand Junction, CO 81504


Gini Ingram
510 Oliver St
Conway, AR 72034


Glenda Kelly
509 Arizona
Lawrence, KS 66049


Glenda Lindeen
15250 Mincing Lane
Channelview, TX 77530


Glenda Noteworth
5212 W. 3rd Ave
Stillwater, OK 74074


Gloria Crane
6965 CR 68
Millersburg, OH 44654


Gloria Martinez
295 E. Lexington Ave.
Pomona, CA 91766


Grace Bishop
4 Potato Branch Rd
Leicester, NC 28748


Grace Keefe
2900 Chalmar Dr
Dayton, OH 45431

Gracie Sharamitaro
239 Wiegel Dr
Saint Louis, MO 63135


Gretta Wiseley
1402 Fox Run Rd
Sylacauga, AL 35150


Gwengale Parker
356 Pineland Rd.
Dry Branch, GA 31020


Hal's Harley Davidson
1925 S. Moorland Rd
New Berlin, WI 53151


Harvard Collection Service
4839 N. Elston Ave.
Chicago, IL 60630


Heidi Erickson
211 Cliffside Place
Rockton, IL 61072


Helen Skibzke
4415 N. 56th Dr
Phoenix, AZ 85031


Henry
Box 88671
Carol Stream, IL 60188


Holly Barbush
2737 Chestnut Rd.
York, PA 17402


Hope Conner
2155 Hampshire Pike
Columbia, TN 38401


Irene Hargett
20527 S. State Highway 7
Richland, MO 65556

Iris Maday
3533 Park St
Shasta Lake, CA 96019


Jackie Center
897 Bellevue
Daytona Beach, FL 32114


Jackie Gilly
437 Donegal Way
Lafayette, CA 94549


Jackie Gleason
5211 N. Allen Place
Spokane, WA 99205


Jacqueline Benner
1168 Mallard Way
Elmer, NJ 08318


Jacqueline Shiner
Box 3348
Stowe, VT 05672


Jan Manley
Box 204
Macon, GA 31206


Jan Mullaney
26665 NW Russell Cr. RD
Yamhill, OR 97148


Jana Roberts
5679 70th Ave
Princeton, MN 55371


Janann DeShane
1086 S. Hood St
Alvin, TX 77511


Janat Williams
215 Ogden Ave
Clinton, WI 53525

Jane Cross
151 93rd Ave NE
Minneapolis, MN 55434


Jane Smith
27 Amherst Rd.
Beverly, MA 01915


Jane Stefanski
320 E. Russel Rd
Munger, MI 48747


Jane Toner
Box 1171
Palmerston Ontario Canada


Jane VanEtten
1005 Trinidad Rd
Cocoa Beach, FL 32931


Janet Flores
3033 East Valley Blvd Apt 123
West Covina, CA 91792


Janet Howard
2566 S St. RT 123
Lebanon, OH 45036


Janet Kellerman
146 Marshall Lane
Blairsville, PA 15717


Jani Albers
19 Palm Ave.
Woodland, CA 95695


Janice Van Ryn
Box 428
Hartley, TX 79044


Janine Zavosky
16 Stasia Dr
Novato, CA 94947

Jay Lyn Siebert
154 West St
Chatham Ontario Canada


Jean Hutcheon
33 Chickasaw Cresent
Kanata Ontario Canada


Jean Osborne
439 Sycamore St
Westfield, IN 46074


Jean Psyhos
261 Portsmouth Ave #4
Stratham, NH 03885


Jean Weaver
207 Providence Pl
Mountville, PA 17554


Jeanne Dash
11199 W. State Rd. 2 Lot 80
Westville, IN 46391


Jeanne Rogeres
1621 Center Rd
Spokane, WA 99212


Jeannie Masterson
7667 N. Wickham Rd  Apt 1308
Melbourne, FL 32940


Jenn Tonso
941 School St
Craig, CO 81625


Jennifer Cior
125 S. Miller Rd
Saginaw, MI 48609


Jennifer Cook
3014 E. Lakeview Rd.
Stillwater, OK 74075

Jennifer Donahue
385 S. Woodland Dr.
Whitewater, WI 53190

Jennifer Samioglou
1342 Eastwind Dr
Jacksonville Beach, FL 32250

Jerrie Harp
8619 Montaina Dr
Morris, AL 35116

Jo Ann Mueller
664 Britton Ave
Staten Island, NY 10304

Joanie Mesa
2510 Yerba Hills Ct
San Jose, CA 95121

JoAnn Hite
8130 Yale St.
Houston, TX 77037

Jodie Tice Lawrosky
Box 5760
Sun City West, AZ 85376

Jody Grosshans
10826 E. colorado Dr
Aurora, CO 80012

Jody Joiner
16337 148th St
Bonner Springs, KS 66012

Jody Peterson
4868 Barn Owl Dr
Longmont, CO 80504

John Schalk
2986 Langston Circle
Saint Charles, IL 60175

Johnna Adkins
Box 992
Wayne, WV 25570


Johnnie Taylor
2032 Coventry Pl
Roanoke, TX 76262


Joyce Horning
Box 12
Cheraw, CO 81030


Joyce McLeod
4508 Penwood Dr
Alexandria, VA 22310


Joyce Miller
5462 Vin Rose Lane
Indianapolis, IN 46226


Joyce Van Cleave
28871 CR 21
Rocky Ford, CO 81067


Joyce Weiland
1901 Whila Way
Alvin, TX 77511


Judith McDonald
152 Cedar Grove Rd
Mullica Hill, NJ 08062


Judith Patishnock
440 Robin Hood Rd
Havre De Grace, MD 21078


Judith Redding
1157 Battle Ridge Rd
Clinton, ME 04927


Judy Diehl
11582 E. 415 N
Kendallville, IN 46755

Judy Gilland
5721 Pinebrook Ave
Grand Rapids, MI 49548

Judy King
1654 Ima Place
Toledo, OH 43612

Judy Knapp
205 Springs dr
Louisville, CO 80027

Judy Lanigan
6137 S. Homan
Chicago, IL 60629

Judy Murphy
4015 My Lady Lane
Land O Lakes, FL 34639

Judy Ott
3260 Shade Rd
Akron, OH 44333

Julia Morton
1277 N 800 East
Greenfield, IN 46140

Julia Rodgers
1803 Shore Line Dr.
Leesburg, FL 34748

Julie Murray
10450 N. Dobbs
Harrah, OK 73045

Julie Patterson
613 E. Wayne
Republic, MO 65738

Julie Scherer
2208 Brindlewood Dr
Plainfield, IL 60586

Julie Silverman
7605 W. Running Bear Dr
Tucson, AZ 85743


June Ford
15 Evelyn Court
Grand Island, NY 14072


June Frost
15534 Penn Hills Lane
Houston, TX 77062


June Yanchak
8095 W. 38th Ave
Wheat Ridge, CO 80033


Justine McIntyre
195 Edgewood Ave
Ronkonkoma, NY 11779


Kandy Pflughapt
1059 325th St.
Coggon, IA 52218


Kara Decourley
343 Sunset Island Tr.
Gallatin, TN 37066


Karen Chamberlin
26 Vahlsing Way
Trenton, NJ 08691


Karen Corbin
16 Leonard St.
Dansville, NY 14437


Karen Corum
13205 Heritage dr
Kearney, MO 64060


Karen Cutitta
3 Lincoln Ave
Batavia, NY 14020

Karen Dunn
2013 Edgewood Dr
Edmond, OK 73013


Karen Gutenkauf
23 Preston Circle
Stillwater, OK 74075


Karen Hughes
208 20th St Apt. 2
Bedford, IN 47421


Karen Kappel
1403 Clark Ave
Dell Rapids, SD 57022


Karen Mahaffey
2505 E. 56th Place
Tulsa, OK 74105


Karen Mangum
20624 N. Dilger Rd
Saint Meinrad, IN 47577


Karen McGlothlin
106 Willow Oak Court
Elkton, MD 21921


Karen Miller
510 Ryan Terrace
Porterville, CA 93257


Karen Mongiardo
3120 Birch Grove Ct
Las Vegas, NV 89134


Karen Reichlen
434 Grande heights Dr
Cary, NC 27513


Karen Sputa
38654 Levisham Dr
Clinton Township, MI 48038

Karen Stasaitis
113 Wynola Ave.
New Britain, CT 06051


Karen Warren
573 St. Leger Ave
Akron, OH 44305


Karla Freed
2213 N. Dymond St
Burbank, CA 91505


Karla Hooper
2821 Warren
Granite City, IL 62040


Karyn Carrico
689 Silman St
Ferndale, MI 48220


Kassandra Klein
1650 Garfield Ave
Waukesha, WI 53189


Kat Sosnowski
1007 Gael Dr   Unit B
Joliet, IL 60435


Kate Grace
46710 Fish Lake Rd
Halfway, OR 97834


Kathleen Studnicka
5005 W. 120 Place
Alsip, IL 60803


Kathleen Weaver
4537 Artesa Way South
Palm Beach Gardens, FL 33418


Kathy Byrd
6627 Rutgers
Houston, TX 77005

Kathy Enders
Box 743
Tioga, ND 58852


Kathy Moroney
 1209 S. Degener Ave
Elmhurst, IL 60126


Kathy Walker
379 W. Gerking Dr
Nineveh, IN 46164


Kaye Caple
12021 Cactus Dr.
Fort Myers, FL 33908


KD McCready
14210 Brynwood Dr
Bristol, VA 24202


Kelly Trout
2353 Wesford Dr
Maryland Heights, MO 63043


Kerri Jones
9501 E. 68th St
Kansas City, MO 64133


Kerry Roden
1516 W. Market St
Mobile, AL 36611


Kim Dawson
13481 Lake Shore Dr
Herndon, VA 20171


Kim Dodson
6340 Calle De La Mango
Hereford, AZ 85615


Kim Dunaway
1058 E. Jackson St.
Colorado Springs, CO 80907

Kim Hartnett
361 Cherry Valley Rd
Vernon Hills, IL 60061

Kim McGee
925 Loretta Dr
Titusville, FL 32780

Kim Ogle
1116 Ferdinand Ave
Forest Park, IL 60130

Kim Poole
78 Quarter Staff Place
Berlin, MD 21811

Kim Williams
202 Hayes Fort Creek Rd.
Dover, TN 37058

Kimberly Braden
322 N. Lorel Ave apt 1
Chicago, IL 60644

Kimberly Imel
2430 E. 96th St
Indianapolis, IN 46240

Kimberly Lehman
8980 Mariposa St
La Mesa, CA 91941

Kimberly McLean
Box 2664
Garden City, KS 67846

Kimberly Reis
703 Greenvale Ave W
Northfield, MN 55057

Kimberly Wetzel
4259 W. Termunde
Alsip, IL 60803

Kris Meseth
1702 Mill St. #203
Des Plaines, IL 60016


Kristen McPherson
64 Parkway Dr
Liverpool, PA 17045


Kristen Urso
83 Freesia Dr
Romeoville, IL 60446


Kristie Morrison
10015 200th Pl. SE
Snohomish, WA 98296


Krystal Tipton
1020 Ash Dr
Sulphur, OK 73086


L'Jean Gorman
4400 Blackford Rd
Mount Vernon, IN 47620


L.M. Knizner
7711 Tiburon Trail
Sugar Land, TX 77479


Lainey Ruiz
4753 Clybourn Ave #4
North Hollywood, CA 91602


Larry Haun
8256 N. Keating
Skokie, IL 60076


Laura Bendit
9594 First Ave NE #341
Seattle, WA 98115


Laura Lester
4404 Layburn Ct
Antelope, CA 95843

Laura Schiavinato
6N423 Route 31
Saint Charles, IL 60175


Laura Swank
125 Mossbark Lane
Chapel Hill, NC 27514


Laurel Arthur
28070 Coleridge
Harrison Township, MI 48045


Lauren Krizenawski
675 Belle Dr
Fayetteville, GA 30214


Laurie Elliott
15 E. Sunlit Forest Dr.
Spring, TX 77381


Laurie Long
1704 270th St.
Madrid, IA 50156


Laurie Terry
148 Penick Ave
Delaware, OH 43015


Laurie Weyant
Box 3194
Forrest City, AR 72336


Laverne Gates
1421 Harvard Court
Hanford, CA 93230


Lavista Corr. Center Libary
Box 3
Pueblo, CO 81002


leah Spring
4580 Oak Pond Rd
Saint Paul, MN 55123

Leigh Ann Egli
7109 Lindenwood Dr.
Corpus Christi, TX 78414

Les Brown
1227 Oxford St
Victoria BC Canada

Lesley Studholme
110 Polk Ave #4
Cape Canaveral, FL 32920

Leslie Coler
2250 E. 100 N
Angola, IN 46703

Lib Creech
355B Parkstown Rd
La Grange, NC 28551

Libby Cline
4704 Crispwood Ct
Holly Springs, NC 27540

Linda Gross
411 E. High St
Napoleon, OH 43545

Linda Grotke
Box 1040
Nevada City, CA 95959

Linda Hale
2176 Evergreen St
Union City, TN 38261

Linda Hammett
5104 Aztec
The Colony, TX 75056

Linda Hogan
3575 Lexington Ave S Apt 223
Saint Paul, MN 55123

Linda Lopizzo
19 Cedar Ave.
Rumson, NJ 07760


Linda Lou Johnson
3412 Wheatland Pines Dr
Fargo, ND 58103


Linda Markham
15 Lake Flat Lane
Great Falls, MT 59404


Linda Morosky
568 Spring Rd. Apt 7
Elmhurst, IL 60126


Linda Morrison
1321 Emerson RD
Ellensburg, WA 98926


Linda Platt
7884 Orion Path
Liverpool, NY 13090


Linette Carr
Box 122
Earlville, IL 60518


Lisa Jones
160 Hall St.
Hammonton, NJ 08037


Lisa Moracco
19 Gregg St.
Trumansburg, NY 14886


Lisa Pruitt
2721 Norwaypine Rd
Rockford, IL 61109


Lisa Talmage
2916 Sound Ave
Riverhead, NY 11901

Lisa Werner
1320 Stewart St
Northampton, PA 18067


Lissa Lampron
584 Burts Pit Rd
Florence, MA 01062


Liv Anderson
227 A Mawson Lakes Blvd.
Mawson Lakes, AS


Liz Chadwell
180 Shelly Dr
Sharps Chapel, TN 37866


Lois Hargis
4333 Ireland St
The Colony, TX 75056


Loni Williams
8202 Clay St
Omaha, NE 68122


Lorelei Wisbrock
3750 E. 28th rd
Sheridan, IL 60551


Lori Hughes
7070 Deer St.
Winnemucca, NV 89445


Lori Trokey
207 W. Cushman St
Three Rivers, MI 49093


Louise Florito
2 Denise Ave
Edison, NJ 08820


Louise Foster
20761 Buckskin Rd
Defiance, OH 43512

Lydia Krier
410 Hillview Dr
Gurnee, IL 60031


Lyn McGhie
7 Patrick Dr.
Hudson, NH 03051


Lyn Scott
19422 Mill Oak
San Antonio, TX 78258


Lynda Lawrence
5113 Green TYree Blvd.
Midland, TX 79707


Lynda Weller
Box 520943
Tulsa, OK 74152


Lynette Baumgartner
845 S. 9th Ave
Brighton, CO 80601


Lynette Gonzales
11715 Oakwood Lane
Clinton, LA 70722


Lynn Caires
2158 Roosevelt Ave.
Salt Lake City, UT 84108


Lynn Giessel
Box 531
Johnson, KS 67855


Lynn Ludlow
3215 E. Tallman
Winnemucca, NV 89445


Lynne Faulhaber
1849 Barnhill Dr
Mundelein, IL 60060

Lynne Kastner
13705 St. Croix Tr. S
Hastings, MN 55033

Madeline Cicali
922 S. Woodbourne Rd. #157
Levittown, PA 19057

Malinda Carroll
450 Wynonah Dr.
Auburn, PA 17922

Marcia Lawson
1160 Doneen Lane
Grants Pass, OR 97526

Margaret Arnold
283 Dassance Rd
Newfield, NY 14867

Margaret Carey
48 Brydon Cras
Brampton Ontario Canada

Mariann White
3707 S. 52nd St
Milwaukee, WI 53220

Marianne Quilez
1548 Spring Valley Common
Livermore, CA 94551

Marianne Warmington
327 W. Washington St
Hanson, MA 02341

Marianne Williams
13426 Herminston Dr.
Summerland BC. Canada

Marie Copenhaver
412 W. Van Buren
Augusta, MI 49012

Marigold Ford
Box 385
New Caney, TX 77357


Marilyn Gazzillo
17233 Travis Court
Princeton Junction, NJ 08550


Marilyn Kelly
2814 E. 81st St.
Tulsa, OK 74137


Marilyn Luder
2513 Ave. G
Bay City, TX 77414


Marlene Ruhl
6064 Twp Rd 87
Mount Gilead, OH 43338


Marsha Hawkins
224 Lake Rd
Bozrah, CT 06334


Marsha Terry
379 E. 1040 N
Orem, UT 84057


Martha Alhouse
2328 Wildwood Rd
Chesapeake, VA 23323


Martha Buffa
344 Mission Ave
Villa Park, IL 60181


Martha Morehouse
15879 N. Twin Lakes Dr.
Tucson, AZ 85739


Martha Peters
2455 S. 139th East Ave
Tulsa, OK 74134

Marushka Stefanova
410 E. Diane Dr
Palatine, IL 60074


Mary Ann Staples
6441 Jeffers Rd
Swanton, OH 43558


Mary Carden
305 S Red River
Mexia, TX 76667


Mary Coffindaffer
332 A S. 18th St
Saint Louis, MO 63118


Mary Dennis
5171 Avenue 232
Tulare, CA 93274


Mary Ellen Warnock
2502 N. 160th St
Omaha, NE 68116


Mary Hadd
309 2nd St.
West Des Moines, IA 50265


Mary Jo Lewandowski
1836 S Wentworth Cr
Romeoville, IL 60446


Mary Lowry
8203 S. Richmond Ave.
Tulsa, OK 74137


Mary O'Halloran
16 Pearl St.
Stoneham, MA 02180


Mary Paskiewicz
2016 Otis Ave
Warren, MI 48091

Mary Rhea McMullen
7011 S. Louiseville Ave
Tulsa, OK 74136


Mary Russo
34 Lincoln Rd
Butler, NJ 07405


Mary Scialabba
12 Acacia St.
Norwalk, CT 06855


Mary Stewart
20 Oak Meadows Lane
Oakville, WA 98568


Mary Waldron
1125 E. van Buran
Cottage Grove, OR 97424


MaryJo Belongia
289 Falcon Ridge Dr
Burlington, WI 53105


Marylin Greene
Box 6
Hopkinton, RI 02833


Maureen Breyette
Box 247 Dannemora
Dannemora, NY 12929


Maureen Wagner
9 Enterprise Dr
La Salle, IL 61301


Meg Tucker
10924 Sand River Ct
Davidson, NC 28036


Melanie Reynolds
309 White Lane
Bedford, IN 47421

Melissa Cavanaugh
20868 NW Dorado lane
Beaverton, OR 97006


Melissa Greenfield
652 St. Georges Station Rd
Reisterstown, MD 21136


Melissa Reid
1632 Hillside Dr
Mannford, OK 74044


Melissa Simons
8102 Meadow Pond Dr.
Missouri City, TX 77459


Merchant Services
Box 6010
Hagerstown, MD 21741


Michele Kranick
9731 Tuttlehill
Maybee, MI 48159


Michele Stoneking
1003 51st St
Moline, IL 61265


Michelle Fair
2149 Se Van Kleff Ave
Port Saint Lucie, FL 34952


Michelle Storts
26860 US Hwy 33
Rockbridge, OH 43149


Millenium Credit Consultants
Box 18160
Saint Paul, MN 55118-0160


Mindy Jones
5500 N. Braeswood #195
Houston, TX 77096

Mindy Kohr
2589 E. 369th Rd
Oglesby, IL 61348


Mindy Matarazzo
18 Province St
Laconia, NH 03246


Miram Hennigan
658 Cook Baker Rd
Sarepta, LA 71071


Mitzi Woodle-Kidd
5024 Moon Shadow Place
Las Cruces, NM 88011


MJ Allen
7 Edinboro Circle
Chalfont, PA 18914


Mona Viator
107 Breton Dr
Lafayette, LA 70508


Monica Breckenridge
6011 N. Wahington
Stillwater, OK 74075


Nadia Calderon
2007 Clover Dr.
Monterey Park, CA 91755


Nadine Todd
117 Mathis st.
Bayville, NJ 08721


Nancy Allen
8712 NW 116th Terrace
Oklahoma City, OK 73162


Nancy Black Hauptkorn
3937 CR 513
Wildwood, FL 34785

Nancy Chapoton
260c Crestview Dr.
Wauconda, IL 60084

Nancy Daube
725 7th Ave S
Hopkins, MN 55343

Nancy Franklin
3426 Calwagner
Franklin Park, IL 60131

Nancy Hannah
1319 NW Slate Ln #107
Silverdale, WA 98383

Nancy Keaton
Box 269253
Indianapolis, IN 46226

Nancy Kilbreth
24510 Oak Grove Ln. #49
Sedalia, MO 65301

Nancy Manon
1106 Ave K
Sterling, IL 61081

Nancy McKee
14300 Clinton St #19
Garden Grove, CA 92843

Nancy Medina
3659 N. Narragansett
Chicago, IL 60634

Nancy Meyers
2971 Pennsylvania Ave
Charleston, WV 25302

Nancy Rogers
391 Rankin Dr
Burlington Ontario Canada

Nancy Stern-Jude
12588 S. Elk Creek Ct
Parker, CO 80134


Nancy Tatge
12133 155th St N
Marine On Saint Croix, MN 55047


Nancy Williams
507 Drumlin Cove
Slinger, WI 53086


Nancy Wood
Box 498
League City, TX 77574


Nicole Anania
36683 Meadowbrook Cricle
Cumming, IA 50061


Nidia Williams
4 Hanover Court
North Dartmouth, MA 02747


Norma Sowell
10960 S. Houston
Heavener, OK 74937


P.B. Biehl
4336 Crestwood Blvd.
New Port Richey, FL 34653


Paige Moser
1225 Aster St
Simi Valley, CA 93063


Pam Brewer
204 E. Park Ave
Bloomingdale, IL 60108


Pamela Brase
Box 202
Saint Bonifacius, MN 55375

Pamela Howard
4020 W. Nashvville St
Broken Arrow, OK 74012


Pamela Jefferson
1118 Paradise Dr
Canyon Lake, TX 78133


Pamela Lefevour
Box 629
Ripon, CA 95366


Pamela Mundt
651 S. Courtleigh
Wichita, KS 67218


Pamela Sunderman
3719 Rubythroat Dr.
Columbus, OH 43230


Pamela Whitford
14530 S. Nyssa Pl
Glenpool, OK 74033


Pat Barrett
5122 Walnut Meadow Rd
Paint Lick, KY 40461


Pat McGuire
2225 Ogden St.
Denver, CO 80205


Pat Sullivan
10224 S. Canton Ave
Tulsa, OK 74137


Pat Wiggam
6732 E. CR 600 South
Plainfield, IN 46168


Patricia Bartscherer
17 Cramer Path
Gansevoort, NY 12831

Patricia Bresson
188 S. Main St
Marlborough, CT 06447


Patricia Glover
6365 W. Coal Mine Ave
Littleton, CO 80123


Patricia Guy
1816 E. Princeton
Fresno, CA 93703


Patricia Meyer
5181 Springfield Dr.
Edwardsville, IL 62025


Patricia Nesgoda
125 West Ave
Ocean City, NJ 08226


Patricia Nudi
1501 Locust St. Unit 1105
Saint Louis, MO 63103


Patrick Lanctot
2716 Middle River West Rd
Middle River Canada


Patty Barker
121 Riverdale Rd
Pompton Lakes, NJ 07442


Paula Smith
Box 1862
Mannford, OK 74044


Peggy dunn
9835 Congress Rd
West Salem, OH 44287


Peggy McDonald
7461 Descanso Lane
Las Vegas, NV 89123

Penny Allen
9 Sunapee St
Nashua, NH 03063


Penny Graham
751 Cowan Rd
Covington, GA 30016


Penny Hosley
72103 S 317th Place
Wagoner, OK 74467


Petra Lattmann
Vtwin Mama
8781 Zeeland Dr
Mobile, AL 36695


Phylis Sturre
1020 10th Ave NW
Great Falls, MT 59404


Phyllis Bachand
6642 W. Bradford Court
Monee, IL 60449


Rachel Howland
1007 N. Logan St
Olathe, KS 66061


Ragan Jenkins
Box 884
Land O Lakes, FL 34639


Ramona Dickey
9502 Dry Sand Dr
La Porte, TX 77571


Randy Johnson
The Brass Shears
921 W 12th St
Port Angeles, WA 98363


Raquel Dobek
6110 W. Cornelia
Chicago, IL 60634

Raul Perez
6455 S. Kostner
Chicago, IL 60629


Rebecca Conaway
906 Steel Pond Rd.
Stockton, MD 21864


Rebecca Wood
48 Putnam dr
Cleveland, GA 30528


Redhead Gadgets
V. Foster & L. Reutter
1815 Burtch Rd
Grass Lake, MI 49240


Renee Desteno
6411 Birch St
Box 72
North Branch, MN 55056


Rhonda Smith
Box 16
Readsboro, VT 05350


Rhonda Worley
4811 Georgia
Kansas City, KS 66104


Rita Lowrance
910 Irongate Ct. NE
Cleveland, TN 37312


Rita Rainwater
941 Iron Horse Dr
San Marcos, CA 92078


Roadbed Ministries
5010 S. Division Ave
Grand Rapids, MI 49548


Robin Castania
152 Wildcat Rd.
Franklin, NJ 07416

Robin Green
9116 Saranee Trail
Fort Worth, TX 76116


Robin Skelley
2020 S. Rockview
Perkins, OK 74059


Robyn Volker
232 E. 6th St 6B
New York, NY 10003


Roch Tranel
1010 Sandstone Dr
Libertyville, IL 60048


Rose Davis
100 Withrod Dr
Halifax Nova Scotia Canada


Rose Moore
2631 S 60th Ct.
Cicero, IL 60804


Rose Pratt
560 Circle Court South West
Rochester, MN 55902


Rosie Parrillo
3601 Hempstead Turnpike Suite 500
Levittown, NY 11756


Roy Stanton
60 Oak Lane
Gloversville, NY 12078


Ruta Skujins
1708 Irving Ave. S
Minneapolis, MN 55403


Sally Broce
3637 Lincoln Rd
Yuba City, CA 95993

Sally Gerard
134 Sanders Ave
Schenectady, NY 12302


Sally Onstott
4934 S. 186th East Ave
Lancaster, TX 75134


Sally Stanke
301 Yerger Dr
Bozeman, MT 59718


Sammye Shipman
1747 E. 14th Place
Tulsa, OK 74104


Sandi Kolehmainen
974 E. Gardenia
Madison Heights, MI 48071


Sandra Drolet
2001 Shady Lane
Big Bear City, CA 92314


Sandra Eustis- Brackett
7 Old Oak Lane
Gorham, ME 04038


Sandra Kocher
654 Pleasant Valley Rd
Merlin, OR 97532


Sandra Mekuchonis
6441 Lake Shore dr.
San Diego, CA 92119


Sandra Morris
3333 Joyce Dr
Saint Charles, MO 63301


Sandra Scher
1462 Miracerros loop No
Santa Fe, NM 87505

Sandra Williams
6346 Beech Lane
Mays Landing, NJ 08330


Sandy Anderson
100-8560 156 St
Surrey BC Canada


Sandy Light
11171 Sampson Rd.
Ossineke, MI 49766


Sandy Naeher
1210 W. Sigwalt St
Arlington Heights, IL 60005


Sandy Naeher
1210 W. Sigwalt St
Arlington Heights, IL 60005


Sandy Zongora
1603 Ben Hogan Loop
Belen, NM 87002


Sarah Berg
2987 S. Superior St.
Milwaukee, WI 53207


Shanda Gates
3338 State Route 305
Southington, OH 44470


Shannon Cloud
10475 Deerfield
Olathe, KS 66061


Shantel Bolton
4290 Mary Lynn Dr
Millington, TN 38053


Shari Parker
6418 Willow Pine Dr
Spring, TX 77379

Sharla Kurz
5254 E. 130th Way
Denver, CO 80241

Sharmon Kalio
10810 Orban Rd
Grass Lake, MI 49240

Sharon Dolega
16947 Birwood
Franklin, MI 48025

Sharon Hunt
2552 E 259th Rd
Peru, IL 61354

Sheila Steen
8200 Highway 105
Guthrie, OK 73044

Shelley Thorkelson
5661 E. Grandview St
Mesa, AZ 85205

Shelly Brady
3019 Wood Duck Ave
Juneau, AK 99801

Shelly Gowin
1776 S Palo Verde Apt N 103
Tucson, AZ 85713

Shelly Mesik
715 Laura Lane
Coal City, IL 60416

Sheri Harvey
4882 Genesee Rd.
Lapeer, MI 48446

Sheri Koch
W 280 3287 Townline Rd
Waukesha, WI 53189

Sherly Raffensberger
Box 862
Fruitland Park, FL 34731


Sheron Smith
930 Tatnail St
Macon, GA 31201


Sherri Frazier
925 11th Ave S
Clinton, IA 52732


Sherri Van Diest
Box 551
Quincy, WA 98848


Sherry Tracey
4086 E. 237th Rd
Sheridan, IL 60551


Shirley Bennett
Box 117
Tuskahoma, OK 74574


Shirley Garland
31801 Driver Rd
Tangent, OR 97389


Shirley Gotzenberg
Box 806
Lebec, CA 93243


Shirley Sawko
160 Sycamore St Box 55
Adena, OH 43901


Signature Press
Box 274
3261 County Rd. Q
Amherst Junction, WI 54407


Sonja Sparks
Box 1391
Rawlins, WY 82301

Sonya Childs
129 14th Ave S
Great Falls, MT 59405

Staci Tribelhorn
45 Estes St. N
Denver, CO 80226

Stephaine Gibbons
14 May St.
Edison, NJ 08837

Sue Anne Berger
6372 Annapurna Dr
Evergreen, CO 80439

Sue Buchany
2516 168th Pine
Marysville, WA 98271

Sue Fouke
29420 NW 169th Dr
Gainesville, FL 32605

Sue Seppi
4080 Guilford Dr
Springfield, IL 62707

Sue Watson
5069 Centerville Rd.
Poplar Grove, IL 61065

Susan & Guy Keast
46005 Hamilton Terr
Rantoul, KS 66079

Susan Beail
12 Scotsmeadow
Gainesville, TX 76240

Susan Birks
104 Bobbi's Terrace
New Egypt, NJ 08533

Susan Bithell
Box 187
Mercer Island, WA 98040

Susan Bristol
900 W. Church St
Sheridan, IL 60551

Susan Delaney
Box 460426
Denver, CO 80246

Susan Glanville
9385 South Hill
Boston, NY 14025

Susan Herskovits
7938 West Mary Jane Lane
Peoria, AZ 85382

Susan Johnson
3242 NE 31 Ave
Ocala, FL 34479

Susan Kavenugh
314 Berks St.
Easton, PA 18045

Susan Kelley
8411 58th Ave
College Park, MD 20740

Susan Ludwig
8618 State Hwy CC
Jackson, MO 63755

Susan Roberts
5433 Keele St
Jackson, MS 39206

Susan Snyder
52 Morton Ave
Newport, RI 02840

Susan Urban
234 Oakland
Baytown, TX 77520


Suzanne  Mohme
108 Paintbrush Lane
Bastrop, TX 78602


Suzanne Oldt
9909 SW 83rd WAy
Gainesville, FL 32608


T. Olson
1303 S. Church St
Lombard, IL 60148


Tambra Martin
24920 Runyard way E
Trevor, WI 53179


Tami Graybill
2111 CR 432
Taylor, TX 76574


Tayana Pannell
515 Glacier Heights Rd
Youngstown, OH 44509


Tayleur Raney
625 Tumbleweed Dr
Brighton, CO 80601


tedi Lockmiller
7735 Antioch dr
New Port Richey, FL 34655


Tennile Selver
8124 Prince Edward Cres
Prince George BC Canada


Teresa Burgan
496 E. 1150 South
Kokomo, IN 46901

Teresa Hubbard
116 E. Pointe Circle
Kathleen, GA 31047


Teresa Johnson
16432 239th Ave SE
Issaquah, WA 98027


Teresa Morgan
Route 1 Box 362
Palacios, TX 77465


Teressa Johnson
5285 Ridge Parkway
Erie, PA 16510


Terresa Story
110 Puppy Chase
Social Circle, GA 30025


Terri Franke
1336 S. Florence Ave.
Tulsa, OK 74104


Terri Wood
27825 N. Lakeview Circle
Wauconda, IL 60084


Terry Gaumer
19406 223rd St
Tonganoxie, KS 66086


Terry Jacobs
South Coast Security
4059 Oceanside Blvd. Suite F
Oceanside, CA 92056


Terry Jan Kelly
57410 Warren Way
Yucca Valley, CA 92284


Theresa Bauer
978 E. 300 N. Rd
Cissna Park, IL 60924

Theresa West
11784 Roberto Dr
Biloxi, MS 39532


Toni Werner
85565 490th Ave
Chambers, NE 68725


Tori Hickerson
812 S. 10th St
Independence, OR 97351


Tracey Cramer
959 236th Ave NM
Saint Francis, MN 55070


Tracey Fuller
9922 Rt 28 N
Brockway, PA 15824


Tracey Lincoln
29 Osceola Ave
Coventry, RI 02816


Traci Dillard
4803 Danny Lane
Dayton, TX 77535


Tracy Salava
715 Harriet St
Clay Center, KS 67432


Transworld Systems
100 E. Kimberly Rd. Suite 302
Davenport, IA 52806


Trudy Schuyler
20 Haworth Court
Rehoboth Beach, DE 19971


Vallie Metro
3937 Swaffer Rd
Millington, MI 48746

Verizon Wireless
Box 9688
Mission Hills, CA 91346


Vicki Hooten
141 Southcreek Dr
Nicholasville, KY 40356


Vicki Noonan
1175 Musket Dr.
Saint Charles, MO 63304


Vickie Davis
3913 W. Highway 86
Lampe, MO 65681


Vickie Gentry
Box 3080
South Padre Island, TX 78597


Vickye Cunningham
2802 Clearbrook St.
Memphis, TN 38118


Vida Reich
1925 Nicols Landing Way
Dacula, GA 30019


Vikki Thieband
Box 70435
Odessa, TX 79769


Vince Winkel
509a Old State Rd
Ballwin, MO 63021


Virginia Phillips
5500 Foxhill Rd
Kansas City, MO 64152


Virginia Porter
981 Thorndyke Rd
Port Ludlow, WA 98365

Wayne Leonardi
471 Miller Rd
Barrington, IL 60010


Wendy Redd
304 S. Leighton St
Kenton, OH 43326


WIMA SA
Box 172
Ingle Farm
South Australia, Australia


Wynona Clark
2020 S. Rockview Dr
Perkins, OK 74059


Xia Yang
10511 Sageyork Dr
Houston, TX 77089


Yolanda Torres
4231 Wayne
Kansas City, MO 64110


Yvonne Dailey
13007 Broadmeade Ave.
Austin, TX 78729

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Rainy Day Publications__

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Rainy Day Publications__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__November 18, 2008__

Date

/s/ David H. Carter

**David H. Carter 6204782**

Signature of Attorney or Litigant
Counsel for   **Rainy Day Publications**

**David H. Carter**
**One Court Place Suite 401**
**Rockford, IL 61101**
**815-966-6673 Fax:815-966-6674**